RUSS, AUGUST & KABAT
Brian D. Ledahl (CA SBN 186579)
bledahl@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiffs
*IPValue Management, Inc. and*
*Longitude Flash Memory Solutions Ltd.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPVALUE MANAGEMENT, INC., AND LONGITUDE FLASH MEMORY SOLUTIONS LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No.<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff IPValue Management, Inc., and Longitude Flash Memory Solutions Ltd., certifies that IPValue Management, Inc.'s parent entity is IPValue Management Group, LLC, that Longitude Flash Memory Solutions Ltd.'s parent entity is Meridian IP Ireland Ltd., and that no publicly held corporation owns 10 percent or more of the interest in either plaintiff.

| | | |
|---|---|---|
| 1 | DATED: January 22, 2025 | Respectfully submitted, |
| 2 | | */s/ Brian D. Ledahl* |
| 3 | | Brian D. Ledahl (CA SBN 186579) |
| | | bledahl@raklaw.com |
| 4 | | Neil A. Rubin (CA SBN 250761) |
| 5 | | nrubin@raklaw.com |
| | | RUSS AUGUST & KABAT |
| 6 | | 12424 Wilshire Blvd. 12th Floor |
| 7 | | Los Angeles, CA 90025 |
| | | Phone: (310) 826-7474 |
| 8 | | Facsimile: (310) 826-6991 |
| 9 | | |
| 10 | | ***Attorneys for Plaintiffs*** |
| | | ***IPValue Management, Inc. and*** |
| 11 | | ***Longitude Flash Memory Solutions Ltd.*** |

2