NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

RUSS, AUGUST & KABAT
Brian D. Ledahl (CA SBN 186579)
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

CLEAR FORM

ATTORNEY(S) FOR: IPValue Management, Inc. and Longitude Flash

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IPVALUE MANAGEMENT, INC., and
LONGITUDE FLASH MEMORY SOLUTIONS L

Plaintiff(s),

v.

WESTERN DIGITAL CORPORATION,

Defendant(s).

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   IPValue Management, Inc., and Longitude Flash Memory Solutions Ltd.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| IPValue Management, Inc. | Plaintiff |
| Longitude Flash Memory Solutions Ltd. | Plaintiff |
| IPValue Management Group, LLC (Delaware) | Parent of Plaintiff |
| Vector IPV (Lux) 1, S.a.r.l. | Parent of Plaintiff |
| Meridian IP Ireland Ltd | Parent of Plaintiff |
| Russ August & Kabat LLP | Counsel for Plaintiffs |
| Western Digital Corporation | Defendant |

1/22/2025
Date

/s/ Brian D. Ledahl
Signature

Attorney of record for (or name of party appearing in pro per):

IPValue Management, Inc. and Longitude Flash Memory Sol'ns