KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN #222476
akrishnan@keker.com
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
STEPHANIE J. GOLDBERG #328710
sgoldberg@keker.com
ERIC HANSON #254570
ehanson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorney for Defendant
WESTERN DIGITAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No. 8:25-CV-00119-DDP-DFM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: January 27, 2025<br>Current response date: February 18, 2025<br>New response date: March 20, 2025 |

1  Defendant Western Digital Corporation and Plaintiffs IPValue Management,
2  Inc. and Longitude Flash Memory Solutions Ltd., by and through their respective
3  counsel, hereby stipulate as follows:
4  WHEREAS, the current deadline for Defendant Western Digital to respond
5  to Plaintiffs' Initial Complaint is February 18, 2025;
6  WHEREAS, Western Digital has informed Plaintiffs that it requires
7  additional time to respond to the Initial Complaint;
8  WHEREAS, Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 8-3
9  permit the parties to stipulate to extend the time to respond to the Initial Complaint
10  by up to 30 days from the initial response deadline without approval by the Court;
11  WHEREAS, the parties have jointly agreed to extend Western Digital's
12  deadline to respond to Plaintiffs' Initial Complaint by 30 days from the date that the
13  response to Plaintiffs' Initial Complaint could have been due;
14  WHEREAS, Western Digital has sought no more than 30 days total in
15  extending its time to respond to Plaintiffs' Initial Complaint;
16  NOW, THEREFORE, it is hereby stipulated and agreed that:
17  Western Digital shall have until and including March 20, 2025, to file and
18  serve its Answer or other response to Plaintiffs' Complaint.
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

In accordance with Local Rule 5-4.3.4(a)(2)(i), Defendant Western Digital's undersigned counsel, Erin E. Meyer, hereby attests that Brian D. Ledahl, counsel for Plaintiffs, concurs in the content and has authorized the filing of this Stipulation.

Dated: February 12, 2025                KEKER, VAN NEST & PETERS LLP

                                        By:  /s/ *Erin E. Meyer*
                                             ERIN E. MEYER

                                             Attorney for Defendant
                                             WESTERN DIGITAL CORPORATION

Dated: February 12, 2025                RUSS, AUGUST & KABAT

                                        By:  /s/ *Brian D. Ledahl*
                                             BRIAN D. LEDAHL

                                             Attorney for Plaintiffs
                                             IPVALUE MANAGEMENT, INC. and
                                             LONGITUDE FLASH MEMORY
                                             SOLUTIONS, LTD.