KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN #222476
akrishnan@keker.com
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
STEPHANIE J. GOLDBERG #328710
sgoldberg@keker.com
ERIC HANSON #254570
ehanson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant
WESTERN DIGITAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>Defendant. | Case No. 8:25-cv-00119-MWF-DFM<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)**<br><br>Complaint served: January 27, 2025<br>Current response date: March 20, 2025<br>New response date: April 10, 2025 |

1  Defendant Western Digital Corporation ("Western Digital") and Plaintiffs
2  IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd., by and
3  through their respective counsel, hereby stipulate as follows:
4  WHEREAS, the parties agreed to extend the original deadline to respond to
5  Plaintiffs' Initial Complaint by 30 days and filed a stipulation to that effect on
6  February 12, 2025;
7  WHEREAS, the current deadline for Defendant Western Digital to respond
8  to Plaintiffs' Initial Complaint is March 20, 2025;
9  WHEREAS, Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 8-3
10 permit the parties to stipulate to extend the time to respond to the Initial Complaint
11 after 30 days with approval of the Court;
12 WHEREAS, good cause for the stipulation exists because the parties require
13 additional time to meet and confer regarding Defendant's forthcoming responses to
14 the complaint;
15 WHEREAS, the parties have jointly agreed to extend Western Digital's
16 deadline to respond to Plaintiffs' Initial Complaint by 21 days from the date that the
17 Plaintiffs' Initial Complaint could have been due;
18 NOW, THEREFORE, it is hereby stipulated and agreed that:
19 Western Digital shall have until and including April 10, 2025, to file and
20 serve its Answer or other response to Plaintiffs' Complaint.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

In accordance with Local Rule 5-4.3.4(a)(2)(i), Defendant Western Digital's undersigned counsel, Erin E. Meyer, hereby attests that Neil A. Rubin, counsel for Plaintiffs, concurs in the content and has authorized the filing of this Stipulation.

Dated: March 14, 2025              KEKER, VAN NEST & PETERS LLP

                                    By:   /s/ *Erin E. Meyer*
                                          ERIN E. MEYER

                                          Attorneys for Defendant
                                          WESTERN DIGITAL CORPORATION

Dated: March 14, 2025              RUSS, AUGUST & KABAT

                                    By:   /s / *Neil A. Rubin*
                                          NEIL A. RUBIN

                                          Attorneys for Plaintiffs
                                          IPVALUE MANAGEMENT, INC. and
                                          LONGITUDE FLASH MEMORY
                                          SOLUTIONS, LTD.