KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN #222476
akrishnan@keker.com
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
STEPHANIE J. GOLDBERG #328710
sgoldberg@keker.com
ERIC HANSON #254570
ehanson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
WESTERN DIGITAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> WESTERN DIGITAL CORPORATION, <br><br> Defendant. | Case No. 8:25-cv-00119-MWF-DFM <br><br> **[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)** <br><br> Complaint served: January 27, 2025 <br> Current response date: March 20, 2025 <br> New response date: April 10, 2025 |

Pursuant to the stipulation by and between Plaintiffs IPValue Management Inc. and Longitude Flash Memory Solutions, Ltd. and Defendant Western Digital Corp., by and through their respective counsel, and good cause appearing therefor:

Western Digital shall have until and including April 10, 2025, to file and serve its Answer or other response to Plaintiffs' Complaint.

IT IS SO ORDERED:

Dated: _____   _____

Hon. Michael W. Fitzgerald
United States District Judge