KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN #222476
akrishnan@keker.com
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
STEPHANIE J. GOLDBERG #328710
sgoldberg@keker.com
ERIC B. HANSON #254570
ehanson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
WESTERN DIGITAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITURE FLASH MEMORY SOLUTIONS, LTD., <br><br> And Plaintiff, <br><br> v. <br><br> WESTERN DIGITAL CORPORATION, <br><br> Defendant. | Case No. 8:25-cv-00119-MWF-DFM <br><br> **WESTERN DIGITAL CORPORATION'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br><br> Date Filed: March 18, 2025 <br><br> Trial Date: TBD |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1 of the United States District Court for the Central District of California, Defendant Western Digital Corporation hereby files its corporate disclosure statement and certification and notice of interested parties.

Western Digital Corporation is a publicly traded company under the stock ticker WDC. Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that no parent corporation or publicly traded corporation owns 10 percent or more of the stock of Western Digital Corporation.

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Western Digital Corporation, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. Plaintiffs have already submitted their corporate disclosure statement and certification and notice of interested parties. ECF 3, 4.

| PARTY | CONNECTION/INTEREST |
|---|---|
| Western Digital Corporation | Defendant |
| Sandisk Corporation | Accused Technology Manufacturer |

Dated: March 18, 2025

KEKER, VAN NEST & PETERS LLP

By: /s/ *Erin E. Meyer*
AJAY S. KRISHNAN
RYAN K. WONG
ERIN E. MEYER
STEPHANIE J. GOLDBERG
ERIC B. HANSON

Attorneys for Defendant
WESTERN DIGITAL CORPORATION

1

WESTERN DIGITAL CORPORATION'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 CERTIFICATION AND NOTICE OF INTERESTED PARTIES
Case No. 8:25-cv-00119-MWF-DFM

2881556