UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IPVALUE MANAGEMENT, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>WESTERN DIGITAL CORPORATION,<br><br>　　　　　　Defendant. | Case No. 8:25-cv-00119-MWF(DFMx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)**<br><br>Complaint served: January 27, 2025<br>Current response date: March 20, 2025<br>New response date: April 10, 2025 |

The Court has reviewed the parties' Stipulation to Extend Time to Respond to Initial Complaint. (Docket No. 13). For good cause shown, the Court GRANTS the parties' request. IT IS HEREBY ORDERED that Defendant Western Digital Corporation's response to Plaintiffs' Complaint shall be filed no later than **April 10, 2025**.

　　　IT IS SO ORDERED:

Dated: March 17, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　United States District Judge