KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN #222476
akrishnan@keker.com
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
STEPHANIE J. GOLDBERG #328710
sgoldberg@keker.com
ERIC HANSON #254570
ehanson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
WESTERN DIGITAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> WESTERN DIGITAL CORPORATION, <br><br> Defendant. | Case No. 8:25-cv-00119-MWF (DFMx) <br><br> **WESTERN DIGITAL CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** <br><br> Date Filed: January 22, 2025 <br><br> Trial Date: Not Yet Set |

Pursuant to Local Rule 83-1.4 of the United States District Court for the Central District of California, Defendant Western Digital Corporation hereby notifies the Court of the following case:

*Sandisk Corporation v. IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd.*, Case No: 5:25-cv-02389-PCP ("the Sandisk case"), which is pending in the United States District Court for the Northern District of California. There, Sandisk has filed a declaratory judgment action against IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd. seeking a declaration of non-infringement for the same five patents named in the instant action. The Defendants in the Sandisk case are the same parties named as plaintiffs in the instant case. Although Western Digital Corporation is not a named party in the Sandisk case, from 2016 until February 21, 2025, Sandisk Corporation was a wholly owned subsidiary of Western Digital Corporation.

Counsel for Sandisk Corporation are the same as the undersigned and can be reached at the above-listed address and telephone number. Counsel for Defendants in the Sandisk case has not yet appeared.

Dated: March 21, 2025　　　　　　　　KEKER, VAN NEST & PETERS LLP

By: /s/ *Ryan K. Wong*
AJAY S. KRISHNAN
RYAN K. WONG
ERIN E. MEYER
STEPHANIE J. GOLDBERG
ERIC B. HANSON

Attorneys for Defendant
WESTERN DIGITAL CORPORATION