# Exhibit 3

US011456365B2

(12) **United States Patent**
Polishchuk et al.

(10) Patent No.: **US 11,456,365 B2**
(45) Date of Patent: **Sep. 27, 2022**

(54) **MEMORY TRANSISTOR WITH MULTIPLE CHARGE STORING LAYERS AND A HIGH WORK FUNCTION GATE ELECTRODE**

(71) Applicant: **LONGITUDE FLASH MEMORY SOLUTIONS LTD.**, Dublin (IE)

(72) Inventors: **Igor Polishchuk**, Fremont, CA (US); **Sagy Charel Levy**, Zichron Yaakov (IL); **Krishnaswamy Ramkumar**, San Jose, CA (US)

(73) Assignee: **LONGITUDE FLASH MEMORY SOLUTIONS LTD.**, Dublin (IE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 117 days.

(21) Appl. No.: **17/157,350**

(22) Filed: **Jan. 25, 2021**

(65) **Prior Publication Data**

US 2021/0217862 A1    Jul. 15, 2021

**Related U.S. Application Data**

(60) Continuation of application No. 16/429,464, filed on Jun. 3, 2019, now Pat. No. 10,903,325, which is a continuation of application No. 15/864,832, filed on Jan. 8, 2018, now Pat. No. 10,312,336, which is a continuation of application No. 15/335,180, filed on Oct. 26, 2016, now Pat. No. 9,929,240, which is a
(Continued)

(51) **Int. Cl.**
**H01L 21/02** (2006.01)
**H01L 27/11563** (2017.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... **H01L 29/4234** (2013.01); **B82Y 10/00** (2013.01); **G11C 16/0466** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ..... B82Y 10/00; B82Y 40/00; G11C 16/0466; G11C 16/02; G11C 16/3459;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,257,832 A    3/1981    Schwabe et al.
4,395,438 A    7/1983    Chiang
(Continued)

FOREIGN PATENT DOCUMENTS

CN    1107254 A    8/1995
CN    1400669 A    3/2003
(Continued)

OTHER PUBLICATIONS

"MAX 9000 Programmable Logic Device Family," Altera, Jul. 1999, Version 6.01, pp. 1-40; 41 pages.
(Continued)

*Primary Examiner* — Nikolay K Yushin
(74) *Attorney, Agent, or Firm* — Kunzler Bean & Adamson

(57)                **ABSTRACT**

An example memory device includes a channel positioned between and electrically connecting a first diffusion region and a second diffusion region, and a tunnel dielectric layer, a multi-layer charge trapping layer, and a blocking dielectric layer disposed between the gate structure and the channel. The multi-layer charge trapping layer includes a first dielectric layer disposed abutting a second dielectric layer and an anti-tunneling layer disposed between the first and second dielectric layers. The anti-tunneling layer includes an oxide layer. The first dielectric layer includes oxygen-rich nitride and the second dielectric layer includes oxygen-lean nitride.

**45 Claims, 13 Drawing Sheets**



US 11,456,365 B2

Page 2

### Related U.S. Application Data

continuation of application No. 14/811,346, filed on Jul. 28, 2015, now Pat. No. 9,502,543, which is a continuation of application No. 14/159,315, filed on Jan. 20, 2014, now Pat. No. 9,093,318, which is a continuation of application No. 13/539,466, filed on Jul. 1, 2012, now Pat. No. 8,633,537, which is a continuation-in-part of application No. 13/288,919, filed on Nov. 3, 2011, now Pat. No. 8,859,374, which is a division of application No. 12/152,518, filed on May 13, 2008, now Pat. No. 8,063,434.

(60) Provisional application No. 60/940,160, filed on May 25, 2007.

(51) **Int. Cl.**

| | |
|---|---|
| *H01L 29/00* | (2006.01) |
| *G11C 16/04* | (2006.01) |
| *H01L 29/423* | (2006.01) |
| *H01L 21/28* | (2006.01) |
| *H01L 29/792* | (2006.01) |
| *H01L 29/51* | (2006.01) |
| *H01L 29/66* | (2006.01) |
| *B82Y 10/00* | (2011.01) |
| *H01L 27/11526* | (2017.01) |
| *H01L 29/49* | (2006.01) |
| *H01L 29/06* | (2006.01) |
| *H01L 27/11568* | (2017.01) |
| *H01L 27/11573* | (2017.01) |
| *H01L 27/11575* | (2017.01) |

(52) **U.S. Cl.**

CPC .... *H01L 21/0214* (2013.01); *H01L 21/02532* (2013.01); *H01L 21/02595* (2013.01); *H01L 27/11526* (2013.01); *H01L 27/11563* (2013.01); *H01L 27/11568* (2013.01); *H01L 27/11573* (2013.01); *H01L 27/11575* (2013.01); *H01L 29/0649* (2013.01); *H01L 29/0676* (2013.01); *H01L 29/40117* (2019.08); *H01L 29/42344* (2013.01); *H01L 29/4916* (2013.01); *H01L 29/511* (2013.01); *H01L 29/512* (2013.01); *H01L 29/513* (2013.01); *H01L 29/518* (2013.01); *H01L 29/66795* (2013.01); *H01L 29/66833* (2013.01); *H01L 29/792* (2013.01); *H01L 29/7926* (2013.01)

(58) **Field of Classification Search**

CPC ............ G11C 16/379; H01L 21/02532; H01L 21/0214; H01L 21/02595; H01L 27/11526; H01L 27/11573; H01L 27/11563; H01L 27/11575; H01L 27/11568; H01L 29/511; H01L 29/4916; H01L 29/66833; H01L 29/0649; H01L 29/42344; H01L 29/7926; H01L 29/518; H01L 29/40117; H01L 29/66795; H01L 29/792; H01L 29/513; H01L 29/512; H01L 29/4234

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,490,900 | A | 1/1985 | Chiu |
| 4,543,707 | A | 10/1985 | Ito et al. |
| 4,667,217 | A | 5/1987 | Janning |
| 4,843,023 | A | 6/1989 | Chiu et al. |
| 4,870,470 | A | 9/1989 | Bass et al. |
| 5,179,038 | A | 1/1993 | Kinney et al. |
| 5,348,903 | A | 9/1994 | Pfiester et al. |
| 5,404,791 | A | 4/1995 | Kervagoret |
| 5,405,791 | A | 4/1995 | Ahmad et al. |
| 5,408,115 | A | 4/1995 | Chang |
| 5,464,783 | A | 11/1995 | Kim et al. |
| 5,500,816 | A | 3/1996 | Kobayashi |
| 5,543,336 | A | 8/1996 | Enami et al. |
| 5,550,078 | A | 8/1996 | Sung |
| 5,573,343 | A | 11/1996 | Davis et al. |
| 5,573,963 | A | 11/1996 | Sung |
| 5,793,089 | A | 8/1998 | Fulford et al. |
| 5,817,170 | A | 10/1998 | Desu et al. |
| 5,847,411 | A | 12/1998 | Morii |
| 5,861,347 | A | 1/1999 | Maiti et al. |
| 5,937,323 | A | 8/1999 | Orczyk et al. |
| 5,939,333 | A | 8/1999 | Hurley et al. |
| 5,972,765 | A | 10/1999 | Clark et al. |
| 5,972,804 | A | 10/1999 | Tobin et al. |
| 6,001,713 | A | 12/1999 | Ramsbey et al. |
| 6,015,739 | A | 1/2000 | Gardner et al. |
| 6,020,606 | A | 2/2000 | Liao |
| 6,023,093 | A | 2/2000 | Gregor et al. |
| 6,025,267 | A | 2/2000 | Pey et al. |
| 6,074,915 | A | 6/2000 | Chen et al. |
| 6,114,734 | A | 9/2000 | Eklund |
| 6,127,227 | A | 10/2000 | Lin et al. |
| 6,136,654 | A | 10/2000 | Kraft et al. |
| 6,140,187 | A | 10/2000 | DeBusk et al. |
| 6,147,014 | A | 11/2000 | Lyding et al. |
| 6,150,286 | A | 11/2000 | Sun et al. |
| 6,153,543 | A | 11/2000 | Chesire et al. |
| 6,157,426 | A | 12/2000 | Gu |
| 6,162,700 | A | 12/2000 | Hwang et al. |
| 6,174,758 | B1 | 1/2001 | Nachumovsky |
| 6,174,774 | B1 | 1/2001 | Chesire et al. |
| 6,214,689 | B1 | 4/2001 | Lim et al. |
| 6,217,658 | B1 | 4/2001 | Orczyk et al. |
| 6,218,700 | B1 | 4/2001 | Papadas |
| 6,268,299 | B1 | 7/2001 | Jammy et al. |
| 6,277,683 | B1 | 8/2001 | Pradeep et al. |
| 6,287,913 | B1 | 9/2001 | Agnello et al. |
| 6,297,096 | B1 | 10/2001 | Boaz |
| 6,297,173 | B1 | 10/2001 | Tobin et al. |
| 6,321,134 | B1 | 11/2001 | Henley et al. |
| 6,335,288 | B1 | 1/2002 | Kwan et al. |
| 6,348,380 | B1 | 2/2002 | Weimer et al. |
| 6,365,518 | B1 | 4/2002 | Lee et al. |
| 6,399,484 | B1 | 6/2002 | Yamasaki et al. |
| 6,406,960 | B1 | 6/2002 | Hopper et al. |
| 6,429,081 | B1 | 8/2002 | Doong et al. |
| 6,433,383 | B1 | 8/2002 | Ramsbey et al. |
| 6,440,797 | B1 | 8/2002 | Wu et al. |
| 6,444,521 | B1 | 9/2002 | Chang et al. |
| 6,445,030 | B1 | 9/2002 | Wu et al. |
| 6,461,899 | B1 | 10/2002 | Kitakado et al. |
| 6,462,370 | B2 | 10/2002 | Kuwazawa |
| 6,468,927 | B1 | 10/2002 | Zhang et al. |
| 6,469,343 | B1 | 10/2002 | Miura et al. |
| 6,518,113 | B1 | 2/2003 | Buynoski |
| 6,559,026 | B1 | 5/2003 | Rossman et al. |
| 6,573,149 | B2 | 6/2003 | Kizilyalli et al. |
| 6,586,343 | B1 | 7/2003 | Ho et al. |
| 6,586,349 | B1 | 7/2003 | Jeon et al. |
| 6,596,590 | B1 | 7/2003 | Miura et al. |
| 6,599,795 | B2 | 7/2003 | Ogata |
| 6,602,771 | B2 | 8/2003 | Inoue et al. |
| 6,610,614 | B2 | 8/2003 | Niimi et al. |
| 6,624,090 | B1 | 9/2003 | Yu et al. |
| 6,660,165 | B1 | 12/2003 | Hirabayashi et al. |
| 6,670,241 | B1 | 12/2003 | Kamal et al. |
| 6,677,213 | B1 | 1/2004 | Ramkumar et al. |
| 6,709,928 | B1 | 3/2004 | Jenne et al. |
| 6,713,127 | B2 | 3/2004 | Subramony et al. |
| 6,717,860 | B1 | 4/2004 | Fujiwara |
| 6,730,566 | B2 | 5/2004 | Niimi et al. |
| 6,746,968 | B1 | 6/2004 | Tseng et al. |
| 6,768,160 | B1 | 7/2004 | Li et al. |
| 6,768,856 | B2 | 7/2004 | Akwani et al. |
| 6,774,433 | B2 | 8/2004 | Lee et al. |

## US 11,456,365 B2
Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,787,419 B2 | 9/2004 | Chen et al. |
| 6,818,558 B1 | 11/2004 | Rathor et al. |
| 6,833,582 B2 | 12/2004 | Mine et al. |
| 6,835,621 B2 | 12/2004 | Yoo et al. |
| 6,867,118 B2 | 3/2005 | Noro |
| 6,884,681 B1 | 4/2005 | Kamal et al. |
| 6,903,422 B2 | 6/2005 | Goda et al. |
| 6,906,390 B2 | 6/2005 | Nomoto et al. |
| 6,912,163 B2 | 6/2005 | Zheng et al. |
| 6,913,961 B2 | 7/2005 | Hwang |
| 6,917,072 B2 | 7/2005 | Noguchi et al. |
| 6,946,349 B1 | 9/2005 | Lee et al. |
| 6,958,511 B1 | 10/2005 | Halliyal et al. |
| 7,012,299 B2 | 3/2006 | Mahajani et al. |
| 7,015,100 B1 | 3/2006 | Lee et al. |
| 7,018,868 B1 | 3/2006 | Yang et al. |
| 7,033,890 B2 | 4/2006 | Shone |
| 7,033,957 B1 | 4/2006 | Shiraiwa et al. |
| 7,042,054 B1 | 5/2006 | Ramkumar et al. |
| 7,045,424 B2 | 5/2006 | Kim et al. |
| 7,060,594 B2 | 6/2006 | Wang |
| 7,084,032 B2 | 8/2006 | Crivelli et al. |
| 7,098,154 B2 | 8/2006 | Yoneda |
| 7,112,486 B2 | 9/2006 | Cho et al. |
| 7,115,469 B1 | 10/2006 | Halliyal et al. |
| 7,172,940 B1 | 2/2007 | Chen et al. |
| 7,189,606 B2 | 3/2007 | Wang et al. |
| 7,230,294 B2 | 6/2007 | Lee et al. |
| 7,238,990 B2 | 7/2007 | Burnett et al. |
| 7,250,654 B2 | 7/2007 | Chen et al. |
| 7,253,046 B2 | 8/2007 | Higashi et al. |
| 7,262,457 B2 | 8/2007 | Hsu et al. |
| 7,279,740 B2 | 10/2007 | Bhattacharyya et al. |
| 7,301,185 B2 | 11/2007 | Chen et al. |
| 7,312,496 B2 | 12/2007 | Hazama |
| 7,315,474 B2 | 1/2008 | Lue |
| 7,323,742 B2 | 1/2008 | Georgescu |
| 7,338,869 B2 | 3/2008 | Fukuda et al. |
| 7,365,389 B1 | 4/2008 | Jeon et al. |
| 7,372,113 B2 | 5/2008 | Tanaka et al. |
| 7,390,718 B2 | 6/2008 | Roizin et al. |
| 7,410,857 B2 | 8/2008 | Higashi et al. |
| 7,425,491 B2 | 9/2008 | Forbes |
| 7,450,423 B2 | 11/2008 | Lai et al. |
| 7,463,530 B2 | 12/2008 | Lue et al. |
| 7,479,425 B2 | 1/2009 | Ang et al. |
| 7,482,236 B2 | 1/2009 | Lee et al. |
| 7,521,751 B2 | 4/2009 | Fujiwara |
| 7,535,053 B2 | 5/2009 | Yamazaki |
| 7,544,565 B2 | 6/2009 | Kwak et al. |
| 7,576,386 B2 | 8/2009 | Lue et al. |
| 7,588,986 B2 | 9/2009 | Jung |
| 7,601,576 B2 | 10/2009 | Suzuki et al. |
| 7,612,403 B2 | 11/2009 | Bhattacharyya |
| 7,636,257 B2 | 12/2009 | Lue |
| 7,642,585 B2 | 1/2010 | Wang et al. |
| 7,646,041 B2 | 1/2010 | Chae et al. |
| 7,646,637 B2 | 1/2010 | Liao |
| 7,670,963 B2 | 3/2010 | Ramkumar et al. |
| 7,688,626 B2 | 3/2010 | Lue et al. |
| 7,692,246 B2 | 4/2010 | Dreeskornfeld et al. |
| 7,713,810 B2 | 5/2010 | Hagemeyer et al. |
| 7,714,379 B2 | 5/2010 | Lee |
| 7,723,789 B2 | 5/2010 | Lin et al. |
| 7,737,488 B2 | 6/2010 | Lai et al. |
| 7,790,516 B2 | 9/2010 | Willer et al. |
| 7,811,890 B2 | 10/2010 | Hsu et al. |
| 7,879,738 B2 | 2/2011 | Wang |
| 7,910,429 B2 | 3/2011 | Dong et al. |
| 7,927,951 B2 | 4/2011 | Kim et al. |
| 7,948,799 B2 | 5/2011 | Lue et al. |
| 7,972,930 B2 | 7/2011 | Jang et al. |
| 7,999,295 B2 | 8/2011 | Lai et al. |
| 8,008,713 B2 | 8/2011 | Dobuzinsky et al. |
| 8,067,284 B1 | 11/2011 | Levy |
| 8,071,453 B1 | 12/2011 | Ramkumar et al. |
| 8,093,128 B2 | 1/2012 | Koutny et al. |
| 8,143,129 B2 | 3/2012 | Ramkumar et al. |
| 8,163,660 B2 | 4/2012 | Puchner et al. |
| 8,222,688 B1 | 7/2012 | Jenne et al. |
| 8,264,028 B2 | 9/2012 | Lue et al. |
| 8,283,261 B2 | 10/2012 | Ramkumar |
| 8,315,095 B2 | 11/2012 | Lue et al. |
| 8,318,608 B2 | 11/2012 | Ramkumar et al. |
| 8,482,052 B2 | 7/2013 | Lue et al. |
| 8,643,124 B2 | 2/2014 | Levy et al. |
| 8,710,578 B2 | 4/2014 | Jenne et al. |
| 8,860,122 B1 | 10/2014 | Polishchuk et al. |
| 8,940,645 B2 | 1/2015 | Ramkumar et al. |
| 8,993,453 B1 | 3/2015 | Ramkumar et al. |
| 9,306,025 B2 | 4/2016 | Polishchuk et al. |
| 9,349,824 B2 | 5/2016 | Levy et al. |
| 9,355,849 B1 | 5/2016 | Levy et al. |
| 9,449,831 B2 | 9/2016 | Levy et al. |
| 10,304,968 B2 | 5/2019 | Ramkumar et al. |
| 10,593,812 B2 | 3/2020 | Ramkumar et al. |
| 2001/0052615 A1 | 12/2001 | Fujiwara |
| 2002/0020890 A1 | 2/2002 | Willer |
| 2002/0048200 A1 | 4/2002 | Kuwazawa |
| 2002/0048893 A1 | 4/2002 | Kizilyalli et al. |
| 2002/0109138 A1 | 8/2002 | Forbes |
| 2002/0141237 A1 | 10/2002 | Goda et al. |
| 2002/0154878 A1 | 10/2002 | Akwani et al. |
| 2003/0030100 A1 | 2/2003 | Lee et al. |
| 2003/0122204 A1 | 7/2003 | Nomoto et al. |
| 2003/0123307 A1 | 7/2003 | Lee et al. |
| 2003/0124873 A1 | 7/2003 | King et al. |
| 2003/0169629 A1 | 9/2003 | Goebel et al. |
| 2003/0183869 A1 | 10/2003 | Crivelli et al. |
| 2003/0222293 A1 | 12/2003 | Noro |
| 2003/0227049 A1 | 12/2003 | Sakakibara |
| 2003/0227056 A1 | 12/2003 | Wang et al. |
| 2004/0067619 A1 | 4/2004 | Niimi et al. |
| 2004/0071030 A1 | 4/2004 | Goda et al. |
| 2004/0094793 A1 | 5/2004 | Noguchi et al. |
| 2004/0104424 A1 | 6/2004 | Yamazaki |
| 2004/0129986 A1 | 7/2004 | Kobayashi et al. |
| 2004/0129988 A1 | 7/2004 | Rotondaro et al. |
| 2004/0173918 A1 | 9/2004 | Kamal et al. |
| 2004/0183091 A1 | 9/2004 | Hibino |
| 2004/0183122 A1 | 9/2004 | Mine et al. |
| 2004/0207002 A1 | 10/2004 | Ryu et al. |
| 2004/0227196 A1 | 11/2004 | Yoneda |
| 2004/0227198 A1 | 11/2004 | Mitani et al. |
| 2004/0251489 A1 | 12/2004 | Jeon et al. |
| 2005/0026637 A1 | 2/2005 | Fischer et al. |
| 2005/0056892 A1 | 3/2005 | Seliskar |
| 2005/0062098 A1 | 3/2005 | Mahajani et al. |
| 2005/0070126 A1 | 3/2005 | Senzaki |
| 2005/0079659 A1 | 4/2005 | Duan et al. |
| 2005/0088889 A1 | 4/2005 | Lee et al. |
| 2005/0093054 A1 | 5/2005 | Jung |
| 2005/0098839 A1 | 5/2005 | Lee et al. |
| 2005/0110064 A1 | 5/2005 | Duan et al. |
| 2005/0116279 A1 | 6/2005 | Koh |
| 2005/0141168 A1 | 6/2005 | Lee et al. |
| 2005/0186741 A1 | 8/2005 | Roizin et al. |
| 2005/0205920 A1 | 9/2005 | Jeon et al. |
| 2005/0224866 A1 | 10/2005 | Higashi et al. |
| 2005/0227501 A1 | 10/2005 | Tanabe et al. |
| 2005/0230766 A1 | 10/2005 | Nomoto et al. |
| 2005/0236679 A1 | 10/2005 | Hori et al. |
| 2005/0245034 A1 | 11/2005 | Fukuda et al. |
| 2005/0266637 A1 | 12/2005 | Wang |
| 2005/0275010 A1 | 12/2005 | Chen et al. |
| 2005/0275012 A1 | 12/2005 | Nara et al. |
| 2006/0008959 A1 | 1/2006 | Hagemeyer et al. |
| 2006/0017092 A1 | 1/2006 | Dong et al. |
| 2006/0022252 A1 | 2/2006 | Doh et al. |
| 2006/0051880 A1 | 3/2006 | Doczy et al. |
| 2006/0065919 A1 | 3/2006 | Fujiwara |
| 2006/0081331 A1 | 4/2006 | Campian |
| 2006/0111805 A1 | 5/2006 | Yokoyama et al. |
| 2006/0113586 A1 | 6/2006 | Wang |

## US 11,456,365 B2
Page 4

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2006/0113627 | A1 | 6/2006 | Chen et al. |
| 2006/0131636 | A1 | 6/2006 | Jeon et al. |
| 2006/0160303 | A1 | 7/2006 | Ang et al. |
| 2006/0180851 | A1 | 8/2006 | Lee et al. |
| 2006/0192248 | A1 | 8/2006 | Wang |
| 2006/0202261 | A1 | 9/2006 | Lue et al. |
| 2006/0202263 | A1 | 9/2006 | Lee |
| 2006/0220106 | A1 | 10/2006 | Choi et al. |
| 2006/0226490 | A1 | 10/2006 | Burnett et al. |
| 2006/0228841 | A1 | 10/2006 | Kim et al. |
| 2006/0228899 | A1 | 10/2006 | Nansei et al. |
| 2006/0228907 | A1 | 10/2006 | Cheng et al. |
| 2006/0237803 | A1 | 10/2006 | Zhu et al. |
| 2006/0255399 | A1 | 11/2006 | Kim et al. |
| 2006/0261401 | A1 | 11/2006 | Bhattacharyya |
| 2006/0281331 | A1 | 12/2006 | Wang |
| 2006/0284236 | A1 | 12/2006 | Bhattacharyya |
| 2007/0012988 | A1 | 1/2007 | Bhattacharyya |
| 2007/0029625 | A1 | 2/2007 | Lue et al. |
| 2007/0031999 | A1 | 2/2007 | Ho et al. |
| 2007/0048916 | A1 | 3/2007 | Suzuki et al. |
| 2007/0049048 | A1 | 3/2007 | Rauf et al. |
| 2007/0051306 | A1 | 3/2007 | Ivanov et al. |
| 2007/0066087 | A1 | 3/2007 | Jung |
| 2007/0121380 | A1 | 5/2007 | Thomas |
| 2007/0158736 | A1 | 7/2007 | Arai et al. |
| 2007/0200168 | A1 | 8/2007 | Ozawa et al. |
| 2007/0202708 | A1 | 8/2007 | Luo et al. |
| 2007/0210371 | A1 | 9/2007 | Hisamoto et al. |
| 2007/0215940 | A1 | 9/2007 | Ligon |
| 2007/0231991 | A1 | 10/2007 | Willer et al. |
| 2007/0232007 | A1 | 10/2007 | Forbes |
| 2007/0246753 | A1 | 10/2007 | Chu et al. |
| 2007/0262451 | A1 | 11/2007 | Rachmady et al. |
| 2007/0267687 | A1 | 11/2007 | Lue |
| 2007/0268753 | A1 | 11/2007 | Lue et al. |
| 2007/0272916 | A1 | 11/2007 | Wang et al. |
| 2007/0272971 | A1 | 11/2007 | Lee et al. |
| 2008/0009115 | A1 | 1/2008 | Willer et al. |
| 2008/0029399 | A1 | 2/2008 | Tomita et al. |
| 2008/0048237 | A1 | 2/2008 | Iwata et al. |
| 2008/0054346 | A1 | 3/2008 | Saitoh et al. |
| 2008/0057644 | A1 | 3/2008 | Kwak et al. |
| 2008/0087942 | A1 | 4/2008 | Hsu et al. |
| 2008/0087946 | A1 | 4/2008 | Hsu et al. |
| 2008/0093661 | A1 | 4/2008 | Joo et al. |
| 2008/0121932 | A1 | 5/2008 | Ranade |
| 2008/0135946 | A1 | 6/2008 | Yan |
| 2008/0146042 | A1 | 6/2008 | Kostamo et al. |
| 2008/0150003 | A1 | 6/2008 | Chen et al. |
| 2008/0173928 | A1 | 7/2008 | Arai et al. |
| 2008/0175053 | A1 | 7/2008 | Lue et al. |
| 2008/0230853 | A1 | 9/2008 | Jang et al. |
| 2008/0237684 | A1 | 10/2008 | Specht et al. |
| 2008/0237694 | A1 | 10/2008 | Specht et al. |
| 2008/0258203 | A1 | 10/2008 | Happ et al. |
| 2008/0272424 | A1 | 11/2008 | Kim et al. |
| 2008/0286927 | A1 | 11/2008 | Kim et al. |
| 2008/0290398 | A1 | 11/2008 | Polishchuk et al. |
| 2008/0290399 | A1 | 11/2008 | Levy et al. |
| 2008/0290400 | A1 | 11/2008 | Jenne et al. |
| 2008/0291726 | A1 | 11/2008 | Lue et al. |
| 2008/0293207 | A1 | 11/2008 | Koutny et al. |
| 2008/0293252 | A1 | 11/2008 | Ramkumar et al. |
| 2008/0293255 | A1 | 11/2008 | Ramkumar |
| 2008/0296664 | A1 | 12/2008 | Ramkumar et al. |
| 2009/0011609 | A1 | 1/2009 | Ramkumar et al. |
| 2009/0039414 | A1 | 2/2009 | Lue et al. |
| 2009/0039416 | A1 | 2/2009 | Lai et al. |
| 2009/0045452 | A1 | 2/2009 | Lue et al. |
| 2009/0065849 | A1 | 3/2009 | Noda |
| 2009/0152618 | A1 | 6/2009 | Matsuo et al. |
| 2009/0152621 | A1 | 6/2009 | Polishchuk et al. |
| 2009/0179253 | A1 | 7/2009 | Levy et al. |
| 2009/0206385 | A1 | 8/2009 | Kim et al. |

| | | | |
|---|---|---|---|
| 2009/0227116 | A1 | 9/2009 | Joo et al. |
| 2009/0242969 | A1 | 10/2009 | Tanaka |
| 2009/0294828 | A1 | 12/2009 | Ozawa et al. |
| 2009/0294836 | A1 | 12/2009 | Kiyotoshi |
| 2009/0294844 | A1 | 12/2009 | Tanaka et al. |
| 2009/0302365 | A1 | 12/2009 | Bhattacharyya |
| 2010/0006922 | A1 | 1/2010 | Matsuoka et al. |
| 2010/0041222 | A1 | 2/2010 | Puchner et al. |
| 2010/0096687 | A1 | 4/2010 | Balseanu et al. |
| 2010/0117138 | A1 | 5/2010 | Huerta et al. |
| 2010/0117139 | A1 | 5/2010 | Lue |
| 2010/0155823 | A1 | 6/2010 | Lue et al. |
| 2010/0178759 | A1 | 7/2010 | Kim et al. |
| 2010/0252877 | A1 | 10/2010 | Nakanishi et al. |
| 2010/0270609 | A1 | 10/2010 | Olsen et al. |
| 2010/0283097 | A1 | 11/2010 | Endoh et al. |
| 2010/0295118 | A1 | 11/2010 | Bhattacharyya |
| 2011/0018053 | A1 | 1/2011 | Lo et al. |
| 2011/0163371 | A1 | 7/2011 | Song et al. |
| 2011/0233512 | A1 | 9/2011 | Yang et al. |
| 2011/0237060 | A1 | 9/2011 | Lee et al. |
| 2011/0248332 | A1 | 10/2011 | Levy et al. |
| 2012/0007167 | A1 | 1/2012 | Hung et al. |
| 2012/0061744 | A1 | 3/2012 | Hwang et al. |
| 2012/0068159 | A1 | 3/2012 | Fujiki et al. |
| 2012/0068250 | A1 | 3/2012 | Ino et al. |
| 2012/0068255 | A1 | 3/2012 | Lee et al. |
| 2013/0175604 | A1 | 7/2013 | Polishchuk et al. |
| 2013/0309826 | A1 | 11/2013 | Ramkumar et al. |
| 2014/0264551 | A1 | 9/2014 | Polishchuk et al. |
| 2016/0300724 | A1 | 10/2016 | Levy et al. |
| 2018/0366563 | A1 | 12/2018 | Levy et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 1801478 | A | 7/2006 |
| CN | 1832201 | A | 9/2006 |
| CN | 101517714 | A | 8/2009 |
| CN | 101558481 | A | 10/2009 |
| CN | 101859702 | A | 10/2010 |
| CN | 102142454 | A | 8/2011 |
| CN | 104254921 | A | 12/2014 |
| JP | 2000173287 | A | 6/2000 |
| JP | 2002261175 | A | 9/2002 |
| JP | 2004172616 | A | 6/2004 |
| JP | 2005183940 | A | 7/2005 |
| JP | 2005347679 | A | 12/2005 |
| JP | 2006277082 | A | 10/2006 |
| JP | 2007515060 | A | 6/2007 |
| JP | 2007318112 | A | 12/2007 |
| JP | 2009535800 | A | 10/2009 |
| JP | 2009260070 | A | 11/2009 |
| JP | 2009272348 | A | 11/2009 |
| JP | 20100140997 | A | 6/2010 |
| JP | 2010182939 | A | 8/2010 |
| JP | 2011035228 | A | 2/2011 |
| JP | 2011507231 | A | 3/2011 |
| JP | 2011527824 | A | 11/2011 |
| JP | 2012004249 | A | 1/2012 |
| KR | 20040070669 | A | 8/2004 |
| KR | 20060100092 | A | 9/2006 |
| KR | 20110093746 | A | 8/2011 |
| TW | 200703671 | A | 1/2007 |
| TW | 200847343 | A | 12/2008 |
| WO | 2007022359 | A2 | 2/2007 |
| WO | 2007064048 | A1 | 6/2007 |
| WO | 2008129478 | A1 | 10/2008 |
| WO | 2011162725 | A1 | 12/2011 |
| WO | 2013148112 | A1 | 10/2013 |
| WO | 2013148343 | A1 | 10/2013 |

OTHER PUBLICATIONS

L. Richard Carley, "Trimming Analog Circuits Using Floating-Gate Analog MOS Memory," IEEE Journal of Solid-State Circuits, vol. 24, No. 6, Dec. 1989, pp. 1569-1575; 7 pages.
"1.8V, 500-MHz, 10-Output JEDEC-Compliant Zero Delay Buffer," Cypress Advance Information, Feb. 12, 2004; 9 pages.

US 11,456,365 B2

Page 5

(56)    **References Cited**

OTHER PUBLICATIONS

"10 Gigabit Ethernet Technology Overview White Paper," Revision 1.0, Retrieved from Internet: URL: http://www.10gea.org, May 2001.

"16K x 8/9 Dual-Port Static RAM wit Sem, Int, Busy," Cypress Semiconductor Data Book, May 1995, CY7C006 and CY7C016, pp. 6:1-6:17; 10 pages.

"1K x 8 Dual-Port Static RAM," Cypress Semiconductor Data Book, May 1995, CY7C130/CY7C131 and CY7C140/CY7C141, pp. 6:37-6:49; 8 pages.

"1kHz to 30MHz Resistor Set SOT-23 Oscillator," Initial Release Final Electrical Specifications LTC1799, Linear Technology Corporation, Jan. 2001, pp. 1-4.

"200-MBaud HOTLink Transceiver," Cypress Semiconductor Corporation, Revised Feb. 13, 2004, CY7C924ADX, Document #38-02008 Rev.*D; 56 pages.

"2K x 16 Dual-Port Static RAM," Cypress Semiconductor Data Book, May 1995, CY7C133 and CY7C143, pp. 6:63-6:73' 8 pages.

"2K x 8 Dual-Port Static RAM," Cypress Semiconductor Data Book, May 1995, CY7C132/CY7C136 and CY7C142/CY7C146, pp. 6:50-6:62; 8 pages.

"3.3V 64K x 18 Synchronous QuadPort Static RAM," Cypress Preliminary CY7C0430BV, Cypress Semiconductor Corporation, Mar. 27, 2001; 36 pages.

"A Novel Integration Technology of EEPROM Embedded CMOS Logic VLSI Suitable for ASIC Applications," By Masataka Takebuchi et al., IEEE 1992 Custom Integrated Circuits Conference, pp. 9.6.1-9.6 4.

"A Novel Robust and Low Cost Stack Chips Package and Its Thermal Performance," By Soon-Jin Cho et al., IEEE Transaction on Advanced Packaging, vol. 23, No. 2, May 2000, pp. 257-265.

"A Planar Type EEPROM Cell Structure by Standard CMOS Process for Integration with Gate Array, Standard Cell, Microprocessor and for Neural Chips," by Katsuhiko Ohsaki et al., IEEE 1993 Custom Integrated Circuits Conference, pp. 23.6.1-23.6.4.

"A Single Chip Sensor & Image Processor for Fingerprint Verification" Anderson, S., et al., IEEE Custom Integrated Circuits Conference, May 12-15, 1991.

"A Single Poly EPROM for Custom CMOS Logic Applications," By Reza Kazerounian et al., IEEE 1986 Custom integrated Circuits Conference, pp. 59-62.

"A Wide-Bandwidth Low-Voltage PLL for PowerPC.TM. Microprocessors," By Jose Alvarez et al., IEEE Journal of Solid-State Circuits, vol. 30, No. 4, Apr. 1995, p. 1-9.

"About SMaL Camera Technologies, Inc.," SMaL Camera Technologies, 2001, pp. 1-3.

"Achieving Uniform nMOS Device Power Distribution for Submicron ESD Reliability," Charvaka Duvvuy, Carlos Diaz, and Tim Haddock; 1992; 92-131 through 92-134, no month.

"ADNS-2030 High Performance, Low Power Optical Mouse Sensor (Optimized for Cordless Mouse Applications)," Agilent Technologies, downloaded Oct. 10, 2005,http://www.home.agilent.com/USeng/nav/-536893734,536883737/pd.html; 2 pages.

"Agilent ADNK-2030 Solid-State Optical Mouse Sensor," Agilent Technologies Inc., Sample Kit, 2003; 1 page.

"Agilent ADNS-2030 Low Power Optical Mouse Sensor," Agilent Technologies Inc., Data Sheet, 2005, 34 pages.

"Agilent ADNS-2051 Optical Mouse Sensor," Agilent Technologies Inc., Product Overview, 2003; 2 pages.

"Agilent Optical Mouse Sensors," Agilent Technologies Inc., Selection Guide, 2004; 3 pages.

"Algorithm for Managing Multiple First-In, First-Out Queues form a Single Shared Random-Access Memory," IBM Technical Disclosure Bulletin, Aug. 1989; 5 pages.

"Am99C10A 256 x 48 Content Addressable Memory," Advance Micro Devices, Dec. 1992, pp. 1-26.

"An Analog PPL-Based Clock and Data Recovery Circuit with High Input Jitter Tolerance," Sun, Reprinted from IEEE Journal of Solid-State Circuits, 1989; pp. 1-6.

"An EEPROM for Microprocessors and Custom Logic," By Roger Cuppens et al., IEEE Journal of Solid-State Circuits, vol. SC-20, No. 2, Apr. 1985, pp. 603-608.

"An EPROM Cell Structure for EPLDs Compatible with Single Poly Gate Process," By Kuniyushi Yoshikawa et al., Extended Abstracts of the 18th (1986 International) Conference of Solid State Devices and Materials, Tokyo, 1986, pp. 323-326.

"An Experimental 5-V-Only 256-kbit CMOS EEPROM with a High-Performance Single-Polysilicon Cell," By Jun-Ichi Miyamoto et al., IEEE Journal of Solid State Circuits, vol. SC-21, No. 5, Oct. 1986, pp. 852-860.

Chen et al., "Performance Improvement of SONOS Memory by Bandgap Engineering of Charge-Trapping Layer," IEEE Electron Device Letters, Apr. 2004, vol. 25, No. 4, pp. 205-207; 3 pages.

Hua-Ching Chien, Chin-Hsing Kao, Jui-Wen Chang and Tzung-Kuen Tsai "Two-bit SONOS type Flash using a band engineering in the nitride layer," Jun. 17, 2005, 4 pages.

Hung et al., "High-performance gate-all-around polycrystalline silicon nanowire with silicon nanocrystals nonvolatile memory," Appl. Phys. Lett, 98 162108 (2011), pub date: Apr. 22, 2011.

Krishnaswamy Ramkumar, "Cypress SONOS Technology", Jul. 6, 2011, 9 pages.

Lue et al. "BE-SONOS: A Bandgap Engineered SONOS with Excellent Performance and Reliability," IEEE, 2005; 4 pages.

Lue, Hang-Ting et al., "Reliability Model of Bandgap Engineered SONOS (be-SONOS)", IEEE, 2006; 4 pages.

Milton Ohring, "The Materials Science of Thin Films: Deposition and Structure," 2nd Edition, Academic Press, 2002, pp. 336-337; 4 pages.

Wang, Szu-Yu et al., "Reliability and processing effects of bandgap engineered SONOS flash memory," 2007 IEEE, International Reliability Symposium, Apr. 18, 2007; 5 pages.

Wu et al., "SONOS Device with Tapered Bandgap Nitride Layer," IEEE Transactions on Electron Devices, May 2005, vol. 52, No. 5, pp. 987-992; 6 pages.

Yang et al., "Reliability Considerations in Scaled SONOS Nonvolatile Memory Devices, Solid State Electronics," 43 (1999), 2025-2032.

**U.S. Patent**    Sep. 27, 2022    **Sheet 1 of 13**    US 11,456,365 B2



*FIG. 1A*



*FIG. 1B*



*FIG. 2A*



*FIG. 2B*



FIG. 2C



FIG. 2D

U.S. Patent

Sep. 27, 2022

Sheet 4 of 13

US 11,456,365 B2



FIG. 3



*FIG. 4A*



*FIG. 4B*

**U.S. Patent**          Sep. 27, 2022          Sheet 7 of 13          US 11,456,365 B2



*500*

FORM A TUNNEL DIELECTRIC LAYER OVER A SILICON CONTAINING LAYER ON A SURFACE OF A SUBSTRATE

*502*

FORM AN OXYGEN-RICH FIRST NITRIDE LAYER OF A MULTI-LAYER CHARGE-TRAPPING REGION  ON A SURFACE OF THE TUNNEL DIELECTRIC LAYER

*504*

FORM AN ANTI-TUNNELING LAYER ON A SURFACE OF THE OXYGEN-RICH FIRST NITRIDE LAYER

*506*

FORM AN OXYGEN-LEAN SECOND NITRIDE LAYER OF THE MULTI-LAYER CHARGE-TRAPPING REGION ON A SURFACE OF THE ANTI-TUNNELING LAYER

*508*

FORM A BLOCKING DIELECTRIC LAYER ON A SURFACE OF THE OXYGEN-LEAN SECOND NITRIDE LAYER

*510*

FORM A HIGH WORK FUNCTION GATE ELECTRODE ON THE BLOCKING DIELECTRIC LAYER

*FIG. 5*



*FIG. 6A*



FIG. 6B



*FIG. 7A*



*FIG. 7B*                    *FIG. 7C*



FIG. 8A

FIG. 8B



FIG. 9A

FIG. 9B

FIG. 9C

FIG. 9D

FIG. 9E

FIG. 9F



US 11,456,365 B2

**1**

# MEMORY TRANSISTOR WITH MULTIPLE CHARGE STORING LAYERS AND A HIGH WORK FUNCTION GATE ELECTRODE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 16/429,464, filed Jun. 3, 2019, which is a continuation of U.S. patent application Ser. No. 15/864,832, filed Jan. 8, 2018, now U.S. Pat. No. 10,312,336, issued Jun. 4, 2019, which is a continuation of U.S. patent application Ser. No. 15/335,180, filed on Oct. 26, 2016 now U.S. Pat. No. 9,929,240, issued Mar. 27, 2018, which is a continuation of U.S. patent application Ser. No. 14/811,346, filed Jul. 28, 2015, now U.S. Pat. No. 9,502,543, issued on Nov. 22, 2016, which is a continuation of U.S. patent application Ser. No. 14/159,315, filed on Jan. 20, 2014, now U.S. Pat. No. 9,093,318, issued on Jul. 28, 2015, which is a continuation of U.S. patent application Ser. No. 13/539,466, filed on Jul. 1, 2012, now U.S. Pat. No. 8,633,537, issued on Jan. 21, 2014, which is a continuation-in-part of patent application Ser. No. 13/288,919, filed Nov. 3, 2011, now U.S. Pat. No. 8,859,374, issued on Oct. 14, 2014, which is a divisional of U.S. patent Ser. No. 12/152,518, filed May 13, 2008, now U.S. Pat. No. 8,063,434, issued Nov. 22, 2011, which claims the benefit of priority to U.S. Provisional Patent Application No. 60/940,160, filed May 25, 2007, all of which are hereby incorporated by reference in their entirety.

## TECHNICAL FIELD

The present invention relates generally to semiconductor devices, and more particularly to integrated circuits including non-volatile semiconductor memories and methods of fabricating the same.

## BACKGROUND

Non-volatile semiconductor memories are devices that can be electrically erased and reprogrammed. One type of non-volatile memory that is widely used for general storage and transfer of data in and between computers and other electronic devices is flash memory, such as a split gate flash memory. A split gate flash memory transistor has an architecture similar to that of a conventional logic transistor, such as Metal-Oxide-Semiconductor Field Effect Transistor (MOSFET), in that it also includes a control gate formed over a channel connecting a source and drain in a substrate. However, the memory transistor further includes a memory or charge trapping layer between the control gate and the channel and insulated from both by insulating or dielectric layers. A programming voltage applied to the control gate traps a charge on the charge trapping layer, partially canceling or screening an electric field from the control gate, thereby changing a threshold voltage (VT) of the transistor and programming the memory cell. During read-out, this shift in VT is sensed by the presence or absence of current flow through the channel with application of a predetermined read-out voltage. To erase the memory transistor, an erase voltage is applied to the control gate to restore, or reverse the shift in VT.

An important measure of merit for flash memories is data retention time, which is the time for which the memory transistor can hold charge or remain programmed without the application of power. The charge stored or trapped in the charge trapping layer decreases over time due to leakage

**2**

current through the insulating layers, thereby reducing the difference between a programmed threshold voltage (VTP) and an erased threshold voltage (VTE) limiting data retention of the memory transistor.

One problem with conventional memory transistors and methods of forming the same is that the charge trapping layer typically has poor or decreasing data retention over time, limiting the useful transistor lifetime. Referring to FIG. 1A, if the charge trapping layer is silicon (Si) rich there is a large, initial window or difference between VTP, represented by graph or line 102, and the VTE, represented by line 104, but the window collapse very rapidly in retention mode to an end of life (EOL 106) of less than about 1.E+07 seconds.

Referring to FIG. 1B, if on the other hand the charge trapping layer is if a high quality nitride layer, that is one having a low stoichiometric concentration of Si, the rate of collapse of the window or Vt slope in retention mode is reduced, but the initial program-erase window is also reduced. Moreover, the slope of Vt in retention mode is still appreciably steep and the leakage path is not sufficiently minimized to significantly improve data retention, thus EOL 106 is only moderately improved.

Another problem is that increasingly semiconductor memories combine logic transistors, such as MOSFET's, with memory transistors in integrated circuits (ICs) fabricated on a common substrate for embedded memory or System-On-Chip (SOC) applications. Many of the current processes for forming performance of memory transistors are incompatible with those used for fabricating logic transistors.

Accordingly, there is a need for memory transistors and methods of forming the same that provides improved data retention and increased transistor lifetime. It is further desirable that the methods of forming the memory device are compatible with those for forming logic elements in the same IC formed on a common substrate.

## SUMMARY OF THE INVENTION

The present invention provides a solution to these and other problems, and offers further advantages over conventional memory cells or devices and methods of fabricating the same.

Generally, the device includes a memory transistor comprising a polysilicon channel region electrically connecting a source region and a drain region formed in a substrate, an oxide-nitride-nitride-oxide (ONNO) stack disposed above the channel region, and a high work function gate electrode formed over a surface of the ONNO stack. In one embodiment, the ONNO stack includes a multi-layer charge-trapping region including an oxygen-rich first nitride layer and an oxygen-lean second nitride layer disposed above the first nitride layer. In another embodiment, the multi-layer charge-trapping region further includes an oxide anti-tunneling layer separating the first nitride layer from the second nitride layer.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and various other features and advantages of the present invention will be apparent upon reading of the following detailed description in conjunction with the accompanying drawings and the appended claims provided below, where:

FIG. 1A is a graph showing data retention for a memory transistor using a charge storage layer formed according to

US 11,456,365 B2

3

a conventional method and having a large initial difference between programming and erase voltages but which loses charge quickly;

FIG. 1B is a graph showing data retention for a memory transistor using a charge storage layer formed according to a conventional method and having a smaller initial difference between programming and erase voltages;

FIGS. 2A through 2D are partial cross-sectional side views of a semiconductor device illustrating a process flow for forming a semiconductor device including a logic transistor and non-volatile memory transistor according to an embodiment of the present invention;

FIG. 3 is a partial cross-sectional side view of a semiconductor device including a logic transistor and non-volatile memory transistor comprising high work function gate electrodes according to an embodiment of the present invention;

FIGS. 4A and 4B illustrates a cross-sectional view of a non-volatile memory device including an ONONO stack;

FIG. 5 depicts a flowchart representing a series of operations in a method for fabricating a non-volatile charge trap memory device including an ONONO stack, in accordance with an embodiment of the present invention;

FIG. 6A illustrates a non-planar multigate device including a multi-layer charge-trapping region;

FIG. 6B illustrates a cross-sectional view of the non-planar multigate device of FIG. 6A;

FIGS. 7A and 7B illustrate a non-planar multigate device including a multi-layer charge-trapping region and a horizontal nanowire channel;

FIG. 7C illustrates a cross-sectional view of a vertical string of non-planar multigate devices of FIG. 7A;

FIGS. 8A and 8B illustrate a non-planar multigate device including a multi-layer charge-trapping region and a vertical nanowire channel;

FIGS. 9A through 9F illustrate a gate first scheme for fabricating the non-planar multigate device of FIG. 8A; and

FIGS. 10A through 10F illustrate a gate last scheme for fabricating the non-planar multigate device of FIG. 8A.

DETAILED DESCRIPTION

The present invention is directed generally to non-volatile memory transistor including a multi-layer charge storage layer and high work function gate electrode to increase data retention and/or to improve programming time and efficiency. The structure and method are particularly useful for embedded memory or System-On-Chip (SOC) applications in which a semiconductor device includes both a logic transistor and non-volatile memory transistor comprising high work function gate electrodes formed on a common substrate.

In the following description, for purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be evident, however, to one skilled in the art that the present invention may be practiced without these specific details. In other instances, well-known structures, and techniques are not shown in detail or are shown in block diagram form in order to avoid unnecessarily obscuring an understanding of this description.

Reference in the description to "one embodiment" or "an embodiment" means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the invention. The appearances of the phrase "in one embodiment" in various places in the specification do not necessarily all refer to the

4

same embodiment. The term "to couple" as used herein may include both to directly connect and to indirectly connect through one or more intervening components.

Briefly, a non-volatile memory transistor according to the present invention includes a high work function gate electrode formed over an oxide-nitride-oxide (ONO) dielectric stack. By high work function gate electrode it is meant that the minimum energy needed to remove an electron from the gate electrode is increased.

In certain preferred embodiments, the high work function gate electrode comprises a doped polycrystalline silicon or polysilicon (poly) layer, the fabrication of which can be can be readily integrated into standard complementary metal-oxide-semiconductor (CMOS) process flows, such as those used fabricate metal-oxide-semiconductor (MOS) logic transistors, to enable fabrication of semiconductor memories or devices including both memory and logic transistors. More preferably, the same doped polysilicon layer can also be patterned to form a high work function gate electrode for the MOS logic transistor, thereby improving the performance of the logic transistor and increasing the efficiency of the fabrication process. Optionally, the ONO dielectric stack includes a multi-layer charge storage or charge trapping layer to further improve performance, and in particular data retention, of the memory transistor.

A semiconductor device including a non-volatile memory transistor comprising a high work function gate electrode and methods of forming the same will now be described in detail with reference to FIGS. 2A through 2D, which are partial cross-sectional side views of intermediate structures illustrating a process flow for forming a semiconductor device including both memory and logic transistors. For purposes of clarity, many of the details of semiconductor fabrication that are widely known and are not relevant to the present invention have been omitted from the following description.

Referring to FIG. 2, fabrication of the semiconductor device begins with formation of an ONO dielectric stack 202 over a surface 204 of a wafer or substrate 206. Generally, the ONO dielectric stack 202 includes a thin, lower oxide layer or tunneling oxide layer 208 that separates or electrically isolates a charge trapping or storage layer 210 from a channel region (not shown) of the memory transistor in the substrate 206, and a top or blocking oxide layer 212. Preferably, as noted above and as shown in FIGS. 2A-2D, the charge storage layer 210 is a multi-layer charge storage layer including at least a top, charge trapping oxynitride layer 210A and a lower, substantially trap free oxynitride layer 210B.

Generally, the substrate 206 may include any known silicon-based semiconductor material including silicon, silicon-germanium, silicon-on-insulator, or silicon-on-sapphire substrate. Alternatively, the substrate 206 may include a silicon layer formed on a non-silicon-based semiconductor material, such as gallium-arsenide, germanium, gallium-nitride, or aluminum-phosphide. Preferably, the substrate 206 is a doped or undoped silicon substrate.

The lower oxide layer or tunneling oxide layer 208 of the ONO dielectric stack 202 generally includes a relatively thin layer of silicon dioxide ($SiO_2$) of from about 15 angstrom (Å) to about 22 Å, and more preferably about 18 Å. The tunneling oxide layer 208 can be formed or deposited by any suitable means including, for example, being thermally grown or deposited using chemical vapor deposition (CVD). In a preferred embodiment, the tunnel dielectric layer is formed or grown using a steam anneal. Generally, the process includes a wet-oxidizing method in which the sub-

US 11,456,365 B2

5                                                                                  6

strate **206** is placed in a deposition or processing chamber, heated to a temperature from about 700° C. to about 850° C., and exposed to a wet vapor for a predetermined period of time selected based on a desired thickness of the finished tunneling oxide layer **208**. Exemplary process times are from about 5 to about 20 minutes. The oxidation can be performed at atmospheric or at low pressure.

In a preferred embodiment, the oxynitride layers **210**A, **210**B, of the multi-layer charge storage layer **210** are formed or deposited in separate steps utilizing different processes and process gases or source materials, and have an overall or combined thickness of from about 70 Å to about 150 Å, and more preferably about 100 Å. The lower, trap free oxynitride layer **210**B can be formed or deposited by any suitable means including, for example, deposition in a low pressure CVD process using a process gas including a silicon source, such as silane ($SiH_4$), chlorosilane ($SiH_3Cl$), dichlorosilane ($SiH_2Cl_2$), tetrachlorosilane ($SiCl_4$), a nitrogen source, such as nitrogen ($N_2$), ammonia ($NH_3$), nitrogen trioxide ($NO_3$) or nitrous oxide ($N_2O$), and an oxygen-containing gas, such as oxygen ($O_2$) or $N_2O$. In one embodiment the trap free oxynitride layer **210**B is deposited in a low pressure CVD process using a process gas including dichlorosilane, $NH_3$ and $N_2O$, while maintaining the chamber at a pressure of from about 5 millitorr (mT) to about 500 mT, and maintaining the substrate at a temperature of from about 700° C. to about 850° C. and more preferably at least about 780° C., for a period of from about 2.5 minutes to about 20 minutes. In particular, the process gas can include a first gas mixture of $N_2O$ and $NH_3$ mixed in a ratio of from about 8:1 to about 1:8 and a second gas mixture of DCS and $NH_3$ mixed in a ratio of from about 1:7 to about 7:1, and can be introduced at a flow rate of from about 5 to about 200 standard cubic centimeters per minute (sccm).

The top, charge trapping oxynitride layer **210**A can be deposited over the bottom oxynitride layer **210**B in a CVD process using a process gas including Bis-TertiaryButyl-AminoSilane (BTBAS). It has been found that the use of BTBAS increases the number of deep traps formed in the oxynitride by increasing the carbon level in the charge trapping oxynitride layer **210**A. Moreover, these deep traps reduce charge losses due to thermal emission, thereby further improving data retention. More preferably, the process gas includes BTBAS and ammonia ($NH_3$) mixed at a predetermined ratio to provide a narrow band gap energy level in the oxynitride charge trapping layer. In particular, the process gas can include BTBAS and $NH_3$ mixed in a ratio of from about 7:1 to about 1:7. For example, in one embodiment the charge trapping oxynitride layer **210**A is deposited in a low pressure CVD process using BTBAS and ammonia $NH_3$ at a chamber pressure of from about 5 mT to about 500 mT, and at a substrate temperature of from about 700° C. to about 850° C. and more preferably at least about 780° C., for a period of from about 2.5 minutes to about 20 minutes.

It has been found that an oxynitride layer produced or deposited under the above conditions yields a trap-rich oxynitride layer **210**A, which improves the program and erase speed and increases of the initial difference (window) between program and erase voltages without compromising a charge loss rate of the memory transistor, thereby extending the operating life (EOL) of the device. Preferably, the charge trapping oxynitride layer **210**A has a charge trap density of at least about $1E10/cm^2$, and more preferably from about $1E12/cm^2$ to about $1E14/cm^2$.

Alternatively, the charge trapping oxynitride layer **210**A can be deposited over the bottom oxynitride layer **210**B in

a CVD process using a process gas including BTBAS and substantially not including ammonia ($NH_3$). In this alternative embodiment of the method, the step of depositing the top, charge trapping oxynitride layer **210**A is followed by a thermal annealing step in a nitrogen atmosphere including nitrous oxide ($N_2O$), $NH_3$, and/or nitrogen oxide (NO).

Preferably, the top, charge trapping oxynitride layer **210**A is deposited sequentially in the same CVD tool used to form the bottom, trap free oxynitride layer **210**B, substantially without breaking vacuum on the deposition chamber. More preferably, the charge trapping oxynitride layer **210**A is deposited substantially without altering the temperature to which the substrate **206** was heated during deposition of the trap free oxynitride layer **210**B.

A suitable thickness for the lower, trap free oxynitride layer **210**B has been found to be from about 10 Å to about 80 Å, and a ratio of thicknesses between the bottom layer and the top, charge trapping oxynitride layer has been found to be from about 1:6 to about 6:1, and more preferably at least about 1:4.

The top oxide layer **212** of the ONO dielectric stack **202** includes a relatively thick layer of $SiO_2$ of from about 20 Å to about 70 Å, and more preferably about 45 Å. The top oxide layer **212** can be formed or deposited by any suitable means including, for example, being thermally grown or deposited using CVD. In a preferred embodiment, the top oxide layer **212** is a high-temperature-oxide (HTO) deposited using CVD process. Generally, the deposition process includes exposing the substrate **306** to a silicon source, such as silane, chlorosilane, or dichlorosilane, and an oxygen-containing gas, such as $O_2$ or $N_2O$ in a deposition chamber at a pressure of from about 50 mT to about 1000 mT, for a period of from about 10 minutes to about 120 minutes while maintaining the substrate at a temperature of from about 650° C. to about 850° C.

Preferably, the top oxide layer **212** is deposited sequentially in the same tool used to form the oxynitride layers **210**A, **210**B. More preferably, the oxynitride layers **210**A, **210**B, and the top oxide layer **212** are formed or deposited in the same tool used to grow the tunneling oxide layer **208**. Suitable tools include, for example, an ONO AVP, commercially available from AVIZA technology of Scotts Valley, Calif.

Referring to FIG. **2**B, in those embodiments in which the semiconductor device is to further include a logic transistor, such as a MOS logic transistor, formed on the surface of the same substrate the ONO dielectric stack **202** is removed from a region or area of the surface **204** in which the logic transistor is to be formed, and an oxide layer **214** the formed thereon.

Generally, the ONO dielectric stack **202** is removed from the desired region or area of the surface **204** using standard photolithographic and oxide etch techniques. For example, in one embodiment a patterned mask layer (not shown) is formed from a photo-resist deposited on the ONO dielectric stack **202**, and the exposed region etched or removed using a low pressure radiofrequency (RF) coupled or generated plasma comprising fluorinated hydrocarbon and/or fluorinated carbon compounds, such as $C_2H_2F_4$ commonly referred to as Freon®. Generally, the processing gas further includes argon (Ar) and nitrogen ($N_2$) at flow rates selected to maintain a pressure in the etch chamber of from about 50 mT to about 250 mT during processing.

The oxide layer **214** of the logic transistor can include a layer of $SiO_2$ having a thickness of from about 30 to about 70 Å, and can be thermally grown or deposited using CVD. In one embodiment, the oxide layer **214** is thermally grown

US 11,456,365 B2

7

using a steam oxidation process, for example, by maintaining the substrate 206 in a steam atmosphere at a temperature of from about 650° C. to about 850° C. for a period of from about 10 minutes to about 120 minutes.

Next, a doped polysilicon layer is formed on a surface of the ONO dielectric stack 202 and, preferably, the oxide layer 214 of the logic transistor. More preferably, the substrate 206 is a silicon substrate or has a silicon surface on which the ONO dielectric stack is formed to form a silicon-oxide-nitride-oxide-silicon (SONOS) gate stack of a SONOS memory transistor.

Referring to FIG. 2C, forming of the doped polysilicon layer begins with the deposition of a conformal polysilicon layer 216 having a thickness of from about 200 Å to about 2000 Å over the ONO dielectric stack 202 and the oxide layer 214. The polysilicon layer 216 can be formed or deposited by any suitable means including, for example, deposition in a low pressure CVD process using a silicon source or precursor. In one embodiment the polysilicon layer 216 is deposited in a low pressure CVD process using a silicon containing process gas, such as silane or dichlorosilane, and N₂, while maintaining the substrate 206 in a chamber at a pressure of from about 5 to 500 mT, and at a temperature of from about 600° C. to about 1000° C. for a period of from about 20 minutes to about 100 minutes to a substantially undoped polysilicon layer. The polysilicon layer 216 can be formed or grown directly as a doped polysilicon layer through the addition of gases such as phosphine, arsine, diborane or difluoroborane (BF₂) to the CVD chamber during the low pressure CVD process.

In one embodiment, the polysilicon layer 216 is doped following the growth or formation in the LPCVD process using ion implantation process. For example, the polysilicon layer 216 can be doped by implanting boron (B⁺) or BF₂ ions at an energy of from about 5 to about 100 kilo-electron volts (keV), and a dose of from about 1e14 cm⁻² to about 1e16 cm⁻² to form an N-type (NMOS) SONOS memory transistor and, preferably, a P-type (PMOS) logic transistor having high work function gate electrodes. More preferably, the polysilicon layer 216 is doped to a concentration or dose selected so that the minimum energy needed to remove an electron from the gate electrode is from at least about 4.8 electron volts (eV) to about 5.3 eV.

Alternatively, the polysilicon layer 216 can be doped by ion implantation after patterning or etching the polysilicon layer and the underlying dielectric layers. It will be appreciated that this embodiment includes additional masking steps to protect exposed areas of the substrate 206 surface 204 and/or the dielectric layers from receiving undesired doping. However, generally such a masking step is included in existing process flows regardless of whether the implantation occurs before or after patterning.

Referring to FIG. 2D, the polysilicon layer 216 and the underlying dielectric stack 202 and oxide layer 214 are patterned or etched to form high work function gate electrodes 218 of the memory transistor 220 and logic transistor 222. In one embodiment polysilicon layer 216 can be etched or patterned using a plasma comprising hydrobromic acid (HBr), chlorine (CL₂) and/or oxygen (O₂) at a pressure of about 25 mTorr, and a power of about 450 W. The oxide layers 208, 212, 214, and oxynitride layers 210A, 210B, can be etched using standard photolithographic and oxide etch techniques as described. For example, in one embodiment the patterned polysilicon layer 216 is used as a mask, and the exposed oxide layers 208, 212, 214, and oxynitride layers 210A, 210B, etched or removed using low pressure RF plasma. Generally, the plasma is formed from a processing

8

gas comprising a fluorinated hydrocarbon and/or fluorinated carbon compounds, and further including Ar and N₂ at flow rates selected to maintain a pressure in the etch chamber of from about 50 mT to about 250 mT during processing.

Finally, the substrate is thermal annealed with a single or multiple annealing steps at a temperature of from about 800° C. to about 1050° C. for a time of from about 1 second to about 5 minutes to drive in ions implanted in the polysilicon layer 216, and to repair damage to the crystal structure of the polysilicon layer caused by ion implantation. Alternatively, advanced annealing techniques, such as flash and laser, can be employed with temperatures as high as 1350° C. and anneal times as low as 1 millisecond.

A partial cross-sectional side view of a semiconductor device 300 including a logic transistor 302 and non-volatile memory transistor 304 comprising high work function gate electrodes according to an embodiment of the present invention is shown in FIG. 3. Referring to FIG. 3, the memory transistor 304 is formed on a silicon substrate 306 and comprises a high work function gate electrode 308 formed from a doped polysilicon layer overlying a dielectric stack 310. The dielectric stack 310 overlies and controls current through a channel region 312 separating heavily doped source and drain (S/D) regions 314. Preferably, the dielectric stack 310 includes a tunnel dielectric layer 316, a multi-layer charge storage layer 318A, 318B, and a top or blocking oxide layer 320. More preferably, the multi-layer charge storage layer 318A, 318B, includes at least a top, charge trapping oxynitride layer 318A and a lower, substantially trap free oxynitride layer 318B. Optionally, as shown in FIG. 3, the memory transistor 304 further includes one or more sidewall spacers 322 surrounding the gate stack to electrically insulate it from contacts (not shown) to the S/D regions 320 and from other transistors in the semiconductor device formed on the substrate 306.

The logic transistor 302 comprises a gate electrode 324 overlying an oxide layer 326 formed over a channel region 328 separating heavily doped source and drain regions 330, and, optionally, can include one or more sidewall spacers 332 surrounding the gate electrically insulate it from contacts (not shown) to the S/D regions. Preferably, as shown in FIG. 3, the gate electrode 324 of the logic transistor 302 also comprises a high work function gate electrode formed from a doped polysilicon layer.

Generally, the semiconductor device 300 further includes a number of isolation structures 334, such as a local oxidation of silicon (LOCOS) region or structure, a field oxidation region or structure (FOX), or a shallow trench isolation (STI) structure to electrically isolate individual transistors formed on the substrate 306 from one another.

Implementations and Alternatives

In one aspect the present disclosure is directed to semiconductor devices including memory transistors with a high work function gate electrode and a multi-layer charge-trapping region. FIG. 4A is a block diagram illustrating a cross-sectional side view of an embodiment of one such memory transistor 400. The memory transistor 400 includes a ONNO stack 402 including an ONNO structure 404 formed over a surface 406 of a substrate 408. Substrate 408 includes one or more diffusion regions 410, such as source and drain regions, aligned to the gate stack 402 and separated by a channel region 412. Generally, the ONNO stack 402 includes a high work function gate electrode 414 formed upon and in contact with the ONNO structure 404. The high work function gate electrode 414 is separated or electrically isolated from the substrate 408 by the ONNO structure 404. The ONNO structure 404 includes a thin, lower oxide layer

US 11,456,365 B2

9

or tunnel dielectric layer **416** that separates or electrically isolates the ONNO stack **402** from the channel region **412**, a top or blocking dielectric layer **420**, and a multi-layer charge-trapping region **422**.

The nanowire channel region **412** can comprise polysilicon or recrystallized polysilicon to form a monocrystalline channel region. Optionally, where the channel region **412** includes a crystalline silicon, the channel region can be formed to have <100> surface crystalline orientation relative to a long axis of the channel region.

The high work function gate electrode **414** includes a doped polysilicon layer formed or deposited in a low pressure CVD process and having a thickness of from about 200 Å to about 2000 Å. As noted above, the polysilicon layer of the high work function gate electrode **414** can be formed or grown directly as a doped polysilicon layer through the addition of gases such as phosphine, arsine, diborane or difluoroborbane ($BF_2$) to the CVD chamber during the low pressure CVD process, or can be doped following the growth or formation in the CVD process using an ion implantation process. In either embodiment, the polysilicon layer of the high work function gate electrode **414** is doped to a concentration or dose selected so that the minimum energy needed to remove an electron from the gate electrode is from at least about 4.8 electron volts (eV) to about 5.3 eV. In an exemplary embodiment, the polysilicon layer of the high work function gate electrode **414** is doped by implanting boron ($B^+$) or $BF_2^+$ ions at an energy of from about 5 to about 100 kilo-electron volts (keV), and a dose of from about 1e14 $cm^{-2}$ to about 1e16 $cm^{-2}$ to form an N-type (NMOS) memory transistor.

The tunnel dielectric layer **416** may be any material and have any thickness suitable to allow charge carriers to tunnel into the multi-layer charge-trapping region **422** under an applied gate bias while maintaining a suitable barrier to leakage when the memory transistor **400** is unbiased. In one embodiment, the tunnel dielectric layer **416** is formed by a thermal oxidation process and is composed of silicon dioxide or silicon oxy-nitride, or a combination thereof. In another embodiment, the tunnel dielectric layer **416** is formed by chemical vapor deposition (CVD) or atomic layer deposition (ALD) and is composed of a dielectric layer which may include, but is not limited to, silicon nitride, hafnium oxide, zirconium oxide, hafnium silicate, hafnium oxy-nitride, hafnium zirconium oxide and lanthanum oxide. In a specific embodiment, the tunnel dielectric layer **416** has a thickness in the range of 1-10 nanometers. In a particular embodiment, the tunnel dielectric layer **416** has a thickness of approximately 2 nanometers.

In one embodiment, the blocking dielectric layer **420** comprises a high temperature oxide (HTO). The higher quality HTO oxide enables the blocking dielectric layer **420** to be scaled in thickness. In an exemplary embodiment, the thickness of the blocking dielectric layer **420** comprising a HTO oxide is between 2.5 nm and 10.0 nm.

In another embodiment, the blocking dielectric layer **420** is further modified to incorporate nitrogen. In one such embodiment, the nitrogen is incorporated in the form of an ONO stack across the thickness of the blocking dielectric layer **420**. Such a sandwich structure in place of the conventional pure oxygen blocking dielectric layer advantageously reduces the EOT of the entire stack **402** between the channel region **412** and high work function gate electrode **414** as well as enable tuning of band offsets to reduce back injection of carriers. The ONO stack blocking dielectric layer **420** can then be incorporated with the tunnel dielectric layer **416** and the multi-layer charge trapping layer **422**

10

comprising an oxygen-rich first nitride layer **422***a*, an oxygen-lean second nitride layer **422***b* and an anti-tunneling layer **422***c*.

The multi-layer charge-trapping region **422** generally includes at least two nitride layers having differing compositions of silicon, oxygen and nitrogen, including an oxygen-rich, first nitride layer **422***a*, and a silicon-rich, nitrogen-rich, and oxygen-lean second nitride layer **422***b*, a silicon-rich. In some embodiments, such as that shown in FIG. **4**B, the multi-layer charge-trapping region further includes an anti-tunneling layer **422***c* comprising an oxide, such as silicon dioxide, separating the oxygen-lean second nitride layer **422***b* from the oxygen-rich, first nitride layer **422***a*, to provide a ONONO stack **402** including an ONONO structure **404**.

It has been found that an oxygen-rich, first nitride layer **422***a* decreases the charge loss rate after programming and after erase, which is manifested in a small voltage shift in the retention mode, while a silicon-rich, nitrogen-rich, and oxygen-lean second nitride layer **422***b* improves the speed and increases of the initial difference between program and erase voltage without compromising a charge loss rate of memory transistors made using an embodiment of the silicon-oxide-oxynitride-oxide-silicon structure, thereby extending the operating life of the device.

It has further been found the anti-tunneling layer **422***c* substantially reduces the probability of electron charge that accumulates at the boundaries of the oxygen-lean second nitride layer **422***b* during programming from tunneling into the first nitride layer **422***a*, resulting in lower leakage current than for a conventional non-volatile memory transistor.

The multi-layer charge-trapping region can have an overall thickness of from about 50 Å to about 150 Å, and in certain embodiments less than about 100 Å, with the with the thickness of the anti-tunneling layer **422***c* being from about 5 Å to about 20 Å, and the thicknesses of the nitride layers **404***b*, **404***a*, being substantially equal.

A method or forming or fabricating a semiconductor device including a memory transistor with a high work function gate electrode and a multi-layer charge-trapping region according to one embodiment will now be described with reference to the flowchart of FIG. **5**.

Referring to FIG. **5**, the method begins with forming a tunnel dielectric layer, such as a first oxide layer, over a silicon containing layer on a surface of a substrate (**500**). The tunnel dielectric layer can be formed or deposited by any suitable means, including a plasma oxidation process, In-Situ Steam Generation (ISSG) or a radical oxidation process. In one embodiment, the radical oxidation process involves flowing hydrogen (Hz) and oxygen (**02**) gas into a processing chamber or furnace to effect growth of a the tunnel dielectric layer by oxidation consumption of a portion of the substrate.

Next, an oxygen-rich first nitride layer of the multi-layer charge-trapping region is formed on a surface of the tunnel dielectric layer (**502**). In one embodiment, the oxygen-rich first nitride layer is formed or deposited in a low pressure CVD process using a silicon source, such as silane ($SiH_4$), chlorosilane ($SiH_3Cl$), dichlorosilane or DCS ($SiH_2Cl_2$), tetrachlorosilane ($SiCl_4$) or Bis-TertiaryButylAmino Silane (BTBAS), a nitrogen source, such as nitrogen ($N_2$), ammonia ($NH_3$), nitrogen trioxide ($NO_3$) or nitrous oxide ($N_2O$), and an oxygen-containing gas, such as oxygen ($O_2$) or $N_2O$. Alternatively, gases in which hydrogen has been replaced by deuterium can be used, including, for example, the substitution of deuterated-ammonia ($ND_3$) for $NH_3$. The substitution of deuterium for hydrogen advantageously passivates

US 11,456,365 B2

11

Si dangling bonds at the silicon-oxide interface, thereby increasing an NBTI (Negative Bias Temperature Instability) lifetime of the devices.

For example, the lower or oxygen-rich first nitride layer can be deposited over the tunnel dielectric layer by placing the substrate in a deposition chamber and introducing a process gas including $N_2O$, $NH_3$ and DCS, while maintaining the chamber at a pressure of from about 5 milliTorr (mT) to about 500 mT, and maintaining the substrate at a temperature of from about 700 degrees Celsius to about 850 degrees Celsius and in certain embodiments at least about 760 degrees Celsius, for a period of from about 2.5 minutes to about 20 minutes. In particular, the process gas can include a first gas mixture of $N_2O$ and $NH_3$ mixed in a ratio of from about 8:1 to about 1:8 and a second gas mixture of DCS and $NH_3$ mixed in a ratio of from about 1:7 to about 7:1, and can be introduced at a flow rate of from about 5 to about 200 standard cubic centimeters per minute (sccm). It has been found that an oxynitride layer produced or deposited under these condition yields a silicon-rich, oxygen-rich first nitride layer.

Next, an anti-tunneling layer is formed or deposited on a surface of the first nitride layer (504). As with the tunnel dielectric layer, the anti-tunneling layer can be formed or deposited by any suitable means, including a plasma oxidation process, In-Situ Steam Generation (ISSG) or a radical oxidation process. In one embodiment, the radical oxidation process involves flowing hydrogen ($H_2$) and oxygen ($0_2$) gas into a batch-processing chamber or furnace to effect growth of the anti-tunneling layer by oxidation consumption of a portion of the first nitride layer.

The top or oxygen-lean second nitride layer of the multi-layer charge-trapping region is then formed on a surface of the anti-tunneling layer (506). The oxygen-lean second nitride layer can be deposited over the anti-tunneling layer in a CVD process using a process gas including $N_2O$, $NH_3$ and DCS, at a chamber pressure of from about 5 mT to about 500 mT, and at a substrate temperature of from about 700 degrees Celsius to about 850 degrees Celsius and in certain embodiments at least about 760 degrees Celsius, for a period of from about 2.5 minutes to about 20 minutes. In particular, the process gas can include a first gas mixture of $N_2O$ and $NH_3$ mixed in a ratio of from about 8:1 to about 1:8 and a second gas mixture of DCS and $NH_3$ mixed in a ratio of from about 1:7 to about 7:1, and can be introduced at a flow rate of from about 5 to about 20 sccm. It has been found that a nitride layer produced or deposited under these condition yields a silicon-rich, nitrogen-rich, and oxygen-lean second nitride layer, which improves the speed and increases of the initial difference between program and erase voltage without compromising a charge loss rate of memory transistors made using an embodiment of the silicon-oxide-oxynitride-oxide-silicon structure, thereby extending the operating life of the device.

In some embodiments, the oxygen-lean second nitride layer can be deposited over the anti-tunneling layer in a CVD process using a process gas including BTBAS and ammonia ($NH_3$) mixed at a ratio of from about 7:1 to 1:7 to further include a concentration of carbon selected to increase the number of traps therein. The selected concentration of carbon in the second oxynitride layer can include a carbon concentration of from about 5% to about 15%.

Next, a top, blocking oxide layer or blocking dielectric layer is formed on a surface of the oxygen-lean second nitride layer of the multi-layer charge-trapping region (508). As with the tunnel dielectric layer and the anti-tunneling layer the blocking dielectric layer can be formed or depos-

12

ited by any suitable means, including a plasma oxidation process, In-Situ Steam Generation (ISSG) or a radical oxidation process. In one embodiment, the blocking dielectric layer comprises a high-temperature-oxide (HTO) deposited using CVD process. Generally, the deposition process includes exposing the substrate 306 to a silicon source, such as silane, chlorosilane, or dichlorosilane, and an oxygen-containing gas, such as $O_2$ or $N_2O$ in a deposition chamber at a pressure of from about 50 mT to about 1000 mT, for a period of from about 10 minutes to about 120 minutes while maintaining the substrate at a temperature of from about 650° C. to about 850° C.

Alternatively, the blocking dielectric layer is formed using an ISSG oxidation process. In one embodiment, the ISSG is performed in an RTP chamber, such as the ISSG chamber from Applied Materials described above, at pressures of from about 8 to 12 Torr and a temperature of about 1050° C. with an oxygen rich gas mixture hydrogen to which from about 0.5% to 33% hydrogen has been added.

It will be appreciated that in either embodiment the thickness of the second nitride layer may be adjusted or increased as some of the oxygen-lean second nitride layer will be effectively consumed or oxidized during the process of forming the blocking dielectric layer.

Finally, a high work function gate electrode is formed upon and in contact with the blocking dielectric layer (510). The high work function gate electrode includes a doped polysilicon layer formed or deposited in a low pressure CVD process and having a thickness of about 200 Å to about 2000 Å. As noted above, the polysilicon layer of the high work function gate electrode can be formed or grown directly as a doped polysilicon layer through the addition of gases such as phosphine, arsine, diborane or difluoroborane ($BF_2$) to the CVD chamber during the low pressure CVD process, or can be doped following the growth or formation in the CVD process using an ion implantation process. In either embodiment, the polysilicon layer of the high work function gate electrode is doped to a concentration or dose selected so that the minimum energy needed to remove an electron from the gate electrode is from at least about 4.8 electron volts (eV) to about 5.3 eV. In an exemplary embodiment, the polysilicon layer of the high work function gate electrode is doped by implanting boron ($B^+$) or $BF_2$ ions at an energy of from about 5 to about 100 kilo-electron volts (keV), and a dose of from about 1e14 $cm^{-2}$ to about 1e16 $cm^{-2}$ to form an N-type (NMOS) memory transistor.

With the completion of the gate stack fabrication, further processing may occur as known in the art to conclude fabrication of a SONOS-type memory device.

In another aspect the present disclosure is also directed to multigate or multigate-surface memory transistors including charge-trapping regions overlying two or more sides of a channel region formed on or above a surface of a substrate, and methods of fabricating the same. Multigate devices include both planar and non-planar devices. A planar multigate device (not shown) generally includes a double-gate planar device in which a number of first layers are deposited to form a first gate below a subsequently formed channel region, and a number of second layers are deposited thereover to form a second gate. A non-planar multigate device generally includes a horizontal or vertical channel region formed on or above a surface of a substrate and surrounded on three or more sides by a gate.

FIG. 6A illustrates one embodiment of a non-planar multigate memory transistor including with a high work function gate electrode. Referring to FIG. 6A, the memory transistor 600, commonly referred to as a finFET, includes a

US 11,456,365 B2

13

channel region **602** formed from a thin film or layer of semiconducting material overlying a surface **604** on a substrate **606** connecting a source region **608** and a drain region **610** of the memory transistor. The channel region **602** is enclosed on three sides by a fin which forms a gate **612** of the device. The thickness of the gate **612** (measured in the direction from source region to drain region) determines the effective channel region length of the device. As with the embodiments described above, the channel region **602** can comprise polysilicon or recrystallized polysilicon to form a monocrystalline channel region. Optionally, where the channel region **602** includes a crystalline silicon, the channel region can be formed to have <100> surface crystalline orientation relative to a long axis of the channel region.

In accordance with the present disclosure, the non-planar multigate memory transistor **600** of FIG. **6**A can include a high work function gate electrode and a multi-layer charge-trapping region. FIG. **6**B is a cross-sectional view of a portion of the non-planar memory transistor of FIG. **6**A including a portion of the substrate **606**, channel region **602** and the gate **612** illustrating a high work function gate electrode **614** and a multi-layer charge-trapping region **616**. The gate **612** further includes a tunnel dielectric layer **618** overlying a raised channel region **602**, and a blocking dielectric layer **620** overlying the blocking dielectric layer to form a control gate of the memory transistor **600**. The channel region **602** and gate **612** can be formed directly on substrate **606** or on an insulating or dielectric layer **622**, such as a buried oxide layer, formed on or over the substrate.

As with the embodiments described above, the high work function gate electrode **614** includes a doped polysilicon layer formed or deposited in a low pressure CVD process and having a thickness of from about 200 Å to about 2000 Å. The polysilicon layer of the high work function gate electrode **614** can be formed or grown directly as a doped polysilicon layer through the addition of gases such as phosphine, arsine, diborane or BF$_2$, and is doped to a concentration or dose selected so that the minimum energy needed to remove an electron from the gate electrode is from at least about 4.8 eV to about 5.3 eV. In an exemplary embodiment, the polysilicon layer of the high work function gate electrode **614** is doped to a concentration of from about 1e14 cm$^{-2}$ to about 1e16 cm$^{-2}$.

Referring to FIG. **6**B, the multi-layer charge-trapping region **616** includes at least one lower or bottom oxygen-rich first nitride layer **616**a including nitride closer to the tunnel dielectric layer **618**, and an upper or top oxygen-lean second nitride layer **616**b overlying the oxygen-rich first nitride layer. Generally, the oxygen-lean second nitride layer **616**b includes a silicon-rich, oxygen-lean nitride layer and includes a majority of a charge traps distributed in the multi-layer charge-trapping region, while the oxygen-rich first nitride layer **616**a includes an oxygen-rich nitride or silicon oxynitride, and is oxygen-rich relative to the oxygen-lean second nitride layer to reduce the number of charge traps therein. By oxygen-rich it is meant wherein a concentration of oxygen in the oxygen-rich first nitride layer **616**a is from about 15 to about 40%, whereas a concentration of oxygen in oxygen-lean second nitride layer **616**b is less than about 5%.

In one embodiment, the blocking dielectric **620** also includes an oxide, such as an HTO, to provide an ONNO structure. The channel region **602** and the overlying ONNO structure can be formed directly on a silicon substrate **606** and overlaid with a high work function gate electrode **614** to provide a SONNOS structure.

14

In some embodiments, such as that shown in FIG. **6**B, the multi-layer charge-trapping region **616** further includes at least one thin, intermediate or anti-tunneling layer **616**c including a dielectric, such as an oxide, separating the oxygen-lean second nitride layer **616**b from the oxygen-rich first nitride layer **616**a. As noted above, the anti-tunneling layer **616**c substantially reduces the probability of electron charge that accumulates at the boundaries of the oxygen-lean second nitride layer **616**b during programming from tunneling into the first nitride layer **616**a.

As with the embodiments described above, either or both of the oxygen-rich first nitride layer **616**a and the oxygen-lean second nitride layer **616**b can include silicon nitride or silicon oxynitride, and can be formed, for example, by a CVD process including N$_2$O/NH$_3$ and DCS/NH$_3$ gas mixtures in ratios and at flow rates tailored to provide a silicon-rich and oxygen-rich oxynitride layer. The second nitride layer of the multi-layer charge storing structure is then formed on the middle oxide layer. The oxygen-lean second nitride layer **616**b has a stoichiometric composition of oxygen, nitrogen and/or silicon different from that of the oxygen-rich first nitride layer **616**a, and may also be formed or deposited by a CVD process using a process gas including DCS/NH$_3$ and N$_2$O/NH$_3$ gas mixtures in ratios and at flow rates tailored to provide a silicon-rich, oxygen-lean top nitride layer.

In those embodiments including an intermediate or anti-tunneling layer **616**c including oxide, the anti-tunneling layer can be formed by oxidation of the bottom oxynitride layer, to a chosen depth using radical oxidation. Radical oxidation may be performed, for example, at a temperature of 1000-1100 degrees Celsius using a single wafer tool, or 800-900 degrees Celsius using a batch reactor tool. A mixture of H$_2$ and O$_2$ gasses may be employed at a pressure of 300-500 Tor for a batch process, or 10-15 Tor using a single vapor tool, for a time of 1-2 minutes using a single wafer tool, or 30 min-1 hour using a batch process.

Finally, in those embodiments including a blocking dielectric **620** including oxide the oxide may be formed or deposited by any suitable means. In one embodiment the oxide of the blocking dielectric **620** is a high temperature oxide deposited in a HTO CVD process. Alternatively, the blocking dielectric **620** or blocking oxide layer may be thermally grown, however it will be appreciated that in this embodiment the top nitride thickness may be adjusted or increased as some of the top nitride will be effectively consumed or oxidized during the process of thermally growing the blocking oxide layer. A third option is to oxidize the second nitride layer to a chosen depth using radical oxidation.

A suitable thickness for the oxygen-rich first nitride layer **616**a may be from about 30 Å to about 160 Å (with some variance permitted, for example ±10 A), of which about 5-20 Å may be consumed by radical oxidation to form the anti-tunneling layer **616**c. A suitable thickness for the oxygen-lean second nitride layer **616**b may be at least 30 Å. In certain embodiments, the oxygen-lean second nitride layer **616**b may be formed up to 130 Å thick, of which 30-70 Å may be consumed by radical oxidation to form the blocking dielectric **620**. A ratio of thicknesses between the oxygen-rich first nitride layer **616**a and oxygen-lean second nitride layer **616**b is approximately 1:1 in some embodiments, although other ratios are also possible.

In other embodiments, either or both of the oxygen-lean second nitride layer **616**b and the blocking dielectric **620** may include a high K dielectric. Suitable high K dielectrics include hafnium based materials such as HfSiON, HfSiO or

US 11,456,365 B2

15
16

HfO, Zirconium based material such as ZrSiON, ZrSiO or
ZrO, and Yttrium based material such as $Y_2O_3$.

In another embodiment, shown in FIGS. 7A and 7B, the
memory transistor can include a nanowire channel region
formed from a thin film of semiconducting material over-
lying a surface on a substrate connecting a source region and
a drain region of the memory transistor. By nanowire
channel region it is meant a conducting channel region
formed in a thin strip of crystalline silicon material, having
a maximum cross-sectional dimension of about 10 nanome-
ters (nm) or less, and more preferably less than about 6 nm.

Referring to FIG. 7A, the memory transistor 700 includes
a horizontal nanowire channel region 702 formed from a
thin film or layer of semiconducting material on or overlying
a surface on a substrate 706, and connecting a source region
708 and a drain region 710 of the memory transistor. In the
embodiment shown, the device has a gate-all-around (GAA)
structure in which the nanowire channel region 702 is
enclosed on all sides by a gate 712 of the device. The
thickness of the gate 712 (measured in the direction from
source region to drain region) determines the effective
channel region length of the device. As with the embodi-
ments described above, the nanowire channel region 702 can
comprise polysilicon or recrystallized polysilicon to form a
monocrystalline channel region. Optionally, where the chan-
nel region 702 includes a crystalline silicon, the channel
region can be formed to have <100> surface crystalline
orientation relative to a long axis of the channel region.

In accordance with the present disclosure, the non-planar
multigate memory transistor 700 of FIG. 7A can include a
high work function gate electrode and a multi-layer charge-
trapping region. FIG. 7B is a cross-sectional view of a
portion of the non-planar memory transistor of FIG. 7A
including a portion of the substrate 706, nanowire channel
region 702 and the gate 712 illustrating a high work function
gate electrode 714 and a multi-layer charge-trapping region
716a-716c. Referring to FIG. 7B, the gate 712 further
includes a tunnel dielectric layer 718 overlying the nanowire
channel region 702, and a blocking dielectric layer 720.

As with the embodiments described above, the high work
function gate electrode 714 includes a doped polysilicon
layer formed or deposited in a low pressure CVD process
and having a thickness of from about 200 Å to about 2000
Å. The polysilicon layer of the high work function gate
electrode 714 can be formed or grown directly as a doped
polysilicon layer through the addition of gases such as
phosphine, arsine, diborane or $BF_2$, and is doped to a
concentration or dose selected so that the minimum energy
needed to remove an electron from the gate electrode is from
at least about 4.8 eV to about 5.3 eV. In an exemplary
embodiment, the polysilicon layer of the high work function
gate electrode 714 is doped to a concentration of from about
1e14 $cm^{-2}$ to about 1e16 $cm^{-2}$.

The multi-layer charge-trapping region 716a-716c
includes at least one inner oxygen-rich first nitride layer
716a comprising nitride closer to the tunnel dielectric layer
718, and an outer oxygen-lean second nitride layer 716b
overlying the oxygen-rich first nitride layer. Generally, the
outer oxygen-lean second nitride layer 716b comprises a
silicon-rich, oxygen-lean nitride layer and comprises a
majority of a charge traps distributed in the multi-layer
charge-trapping region, while the oxygen-rich first nitride
layer 716a comprises an oxygen-rich nitride or silicon
oxynitride, and is oxygen-rich relative to the outer oxygen-
lean second nitride layer to reduce the number of charge
traps therein.

In some embodiments, such as that shown, the multi-layer
charge-trapping region 716 further includes at least one thin,
intermediate or anti-tunneling layer 716c comprising a
dielectric, such as an oxide, separating outer oxygen-lean
second nitride layer 716b from the oxygen-rich first nitride
layer 716a. The anti-tunneling layer 716c substantially
reduces the probability of electron charge that accumulates
at the boundaries of outer oxygen-lean second nitride layer
716b during programming from tunneling into the oxygen-
rich first nitride layer 716a, resulting in lower leakage
current.

As with the embodiment described above, either or both
of the oxygen-rich first nitride layer 716a and the outer
oxygen-lean second nitride layer 716b can comprise silicon
nitride or silicon oxynitride, and can be formed, for example,
by a CVD process including $N_2O/NH_3$ and $DCS/NH_3$ gas
mixtures in ratios and at flow rates tailored to provide a
silicon-rich and oxygen-rich oxynitride layer. The second
nitride layer of the multi-layer charge storing structure is
then formed on the middle oxide layer. The outer oxygen-
lean second nitride layer 716b has a stoichiometric compo-
sition of oxygen, nitrogen and/or silicon different from that
of the oxygen-rich first nitride layer 716a, and may also be
formed or deposited by a CVD process using a process gas
including $DCS/NH_3$ and $N_2O/NH_3$ gas mixtures in ratios
and at flow rates tailored to provide a silicon-rich, oxygen-
lean top nitride layer.

In those embodiments including an intermediate or anti-
tunneling layer 716c comprising oxide, the anti-tunneling
layer can be formed by oxidation of the oxygen-rich first
nitride layer 716a, to a chosen depth using radical oxidation.
Radical oxidation may be performed, for example, at a
temperature of 1000-1100 degrees Celsius using a single
wafer tool, or 800-900 degrees Celsius using a batch reactor
tool. A mixture of $H_2$ and $O_2$ gasses may be employed at a
pressure of 300-500 Tor for a batch process, or 10-15 Tor
using a single vapor tool, for a time of 1-2 minutes using a
single wafer tool, or 30 min-1 hour using a batch process.

Finally, in those embodiments in which the blocking
dielectric 720 comprises oxide, the oxide may be formed or
deposited by any suitable means. In one embodiment the
oxide of blocking dielectric layer 720 is a high temperature
oxide deposited in a HTO CVD process. Alternatively, the
blocking dielectric layer 720 or blocking oxide layer may be
thermally grown, however it will be appreciated that in this
embodiment the thickness of the outer oxygen-lean second
nitride layer 716b may need to be adjusted or increased as
some of the top nitride will be effectively consumed or
oxidized during the process of thermally growing the block-
ing oxide layer.

A suitable thickness for the oxygen-rich first nitride layer
716a may be from about 30 Å to about 80 Å (with some
variance permitted, for example ±10 Å), of which about 5-20
Å may be consumed by radical oxidation to form the
anti-tunneling layer 716c. A suitable thickness for the outer
oxygen-lean second nitride layer 716b may be at least 30 Å.
In certain embodiments, the outer oxygen-lean second
nitride layer 716b may be formed up to 70 Å thick, of which
30-70 Å may be consumed by radical oxidation to form the
blocking dielectric layer 720. A ratio of thicknesses between
the oxygen-rich first nitride layer 716a and the outer oxy-
gen-lean second nitride layer 716b is approximately 1:1 in
some embodiments, although other ratios are also possible.

In other embodiments, either or both of the outer oxygen-
lean second nitride layer 716b and the blocking dielectric
layer 720 may comprise a high K dielectric. Suitable high K
dielectrics include hafnium based materials such as HfSiON,

US 11,456,365 B2

17

HfSiO or HfO, Zirconium based material such as ZrSiON, ZrSiO or ZrO, and Yttrium based material such as $Y_2O_3$.

FIG. **7**C illustrates a cross-sectional view of a vertical string of non-planar multigate devices **700** of FIG. **7**A arranged in a Bit-Cost Scalable or BiCS architecture **726**. The architecture **726** consists of a vertical string or stack of non-planar multigate devices **700**, where each device or cell includes a channel region **702** overlying the substrate **706**, and connecting a source region and a drain region (not shown in this figure) of the memory transistor, and having a gate-all-around (GAA) structure in which the nanowire channel region **702** is enclosed on all sides by a gate **712**. The BiCS architecture reduces number of critical lithography steps compared to a simple stacking of layers, leading to a reduced cost per memory bit.

In another embodiment, the memory transistor is or includes a non-planar device comprising a vertical nanowire channel region formed in or from a semiconducting material projecting above or from a number of conducting, semiconducting layers on a substrate. In one version of this embodiment, shown in cut-away in FIG. **8**A, the memory transistor **800** comprises a vertical nanowire channel region **802** formed in a cylinder of semiconducting material connecting a source region **804** and drain region **806** of the device. The channel region **802** is surrounded by a tunnel dielectric layer **808**, a multi-layer charge-trapping region **810**, a blocking dielectric layer **812** and a high work function gate electrode **814** overlying the blocking dielectric layer to form a control gate of the memory transistor **800**. The channel region **802** can include an annular region in an outer layer of a substantially solid cylinder of semiconducting material, or can include an annular layer formed over a cylinder of dielectric filler material. As with the horizontal nanowires described above, the channel region **802** can comprise polysilicon or recrystallized polysilicon to form a monocrystalline channel region. Optionally, where the channel region **802** includes a crystalline silicon, the channel region can be formed to have <100> surface crystalline orientation relative to a long axis of the channel region.

As with the embodiments described above, the high work function gate electrode **814** includes a doped polysilicon layer formed or deposited in a low pressure CVD process and having a thickness of from about 200 Å to about 2000 Å. The polysilicon layer of the high work function gate electrode **814** can be formed or grown directly as a doped polysilicon layer through the addition of gases such as phosphine, arsine, diborane or $BF_2$, and is doped to a concentration or dose selected so that the minimum energy needed to remove an electron from the gate electrode is from at least about 4.8 eV to about 5.3 eV. In an exemplary embodiment, the polysilicon layer of the high work function gate electrode **814** is doped to a concentration of from about 1e14 $cm^{-2}$ to about 1e16 $cm^{-2}$.

In some embodiments, such as that shown in FIG. **8**B, the multi-layer charge-trapping region **810** includes at least an inner or oxygen-rich first nitride layer **810**a closest to the tunnel dielectric layer **808**, and an outer or oxygen-lean second nitride layer **810**b. Optionally, as in the embodiment shown, the oxygen-rich first nitride layer **810**a and the oxygen-lean second nitride layer **810**b are separated by an intermediate oxide or anti-tunneling layer **810**c comprising oxide.

Either or both of the oxygen-rich first nitride layer **810**a and the oxygen-lean second nitride layer **810**b can comprise silicon nitride or silicon oxynitride, and can be formed, for example, by a CVD process including $N_2O/NH_3$ and DCS/

18

$NH_3$ gas mixtures in ratios and at flow rates tailored to provide a silicon-rich and oxygen-rich oxynitride layer.

Finally, either or both of the oxygen-lean second nitride layer **810**b and the blocking dielectric layer **812** may comprise a high K dielectric, such as HfSiON, HfSiO, HfO, ZrSiON, ZrSiO, ZrO, or $Y_2O_3$.

A suitable thickness for the oxygen-rich first nitride layer **810**a may be from about 30 Å to about 80 Å (with some variance permitted, for example ±10 A), of which about 5-20 Å may be consumed by radical oxidation to form the anti-tunneling layer **820**. A suitable thickness for the oxygen-lean second nitride layer **810**b may be at least 30 Å, and a suitable thickness for the blocking dielectric layer **812** may be from about 30-70 Å.

The memory transistor **800** of FIG. **8**A can be made using either a gate first or a gate last scheme. FIGS. **9**A-F illustrate a gate first scheme for fabricating the non-planar multigate device of FIG. **8**A. FIGS. **10**A-F illustrate a gate last scheme for fabricating the non-planar multigate device of FIG. **8**A.

Referring to FIG. **9**A, in a gate first scheme a first or lower dielectric layer **902**, such as an oxide, is formed over a first, doped diffusion region **904**, such as a source region or a drain region, in a substrate **906**. A high work function gate electrode **908** is formed over the first dielectric layer **902** to form a control gate of the device, and a second or upper dielectric layer **910** formed thereover. As with embodiments described above, the high work function gate electrode **908** can be formed by depositing and/or doping polysilicon layer having a thickness of from about 200 Å to about 2000 Å and a dopant concentration of from about 1e14 $cm^{-2}$ to about 1e16 $cm^{-2}$ so that the minimum energy needed to remove an electron from the gate electrode is from at least about 4.8 eV to about 5.3 eV. The polysilicon layer can be deposited in a low pressure CVD process as a doped polysilicon layer through the addition of gases such as phosphine, arsine, diborane or $BF_2$, or can be doped using an ion implantation process following deposition.

The first and second dielectric layers **902**, **910**, can be deposited by CVD, radical oxidation or be formed by oxidation of a portion of the underlying layer or substrate. Generally the thickness of the high work function gate electrode **908** is from about 40-50 Å, and the first and second dielectric layers **902**, **910**, from about 20-80 Å.

Referring to FIG. **9**B, a first opening **912** is etched through the overlying high work function gate electrode **908**, and the first and second dielectric layers **902**, **910**, to the diffusion region **904** in the substrate **906**. Next, layers of a tunneling oxide **914**, charge-trapping region **916**, and blocking dielectric **918** are sequentially deposited in the opening and the surface of the upper dielectric layer **910** planarized to yield the intermediate structure shown in FIG. **9**C.

Although not shown, it will be understood that as in the embodiments described above the charge-trapping region **916** can include a multi-layer charge-trapping region comprising at least one lower or oxygen-rich first nitride layer closer to the tunnel dielectric layer **914**, and an upper or oxygen-lean second nitride layer overlying the oxygen-rich first nitride layer. Generally, the oxygen-lean second nitride layer comprises a silicon-rich, oxygen-lean nitride layer and comprises a majority of a charge traps distributed in the multi-layer charge-trapping region, while the oxygen-rich first nitride layer comprises an oxygen-rich nitride or silicon oxynitride, and is oxygen-rich relative to the oxygen-lean second nitride layer to reduce the number of charge traps therein. In some embodiments, the multi-layer charge-trapping region **916** further includes at least one thin, intermediate or anti-tunneling layer comprising a dielectric, such as

US 11,456,365 B2

19

20

an oxide, separating the oxygen-lean second nitride layer from the oxygen-rich first nitride layer.

Next, a second or channel region opening **920** is anisotropically etched through tunneling oxide **914**, charge-trapping region **916**, and blocking dielectric **918**, FIG. **9**D. Referring to FIG. **9**E, a semiconducting material **922** is deposited in the channel region opening to form a vertical channel region **924** therein. The vertical channel region **924** can include an annular region in an outer layer of a substantially solid cylinder of semiconducting material, or, as shown in FIG. **9**E, can include a separate, layer semiconducting material **922** surrounding a cylinder of dielectric filler material **926**.

Referring to FIG. **9**F, the surface of the upper dielectric layer **910** is planarized and a layer of semiconducting material **928** including a second, doped diffusion region **930**, such as a source region or a drain region, formed therein deposited over the upper dielectric layer to form the device shown.

Referring to FIG. **10**A, in a gate last scheme a dielectric layer **1002**, such as an oxide, is formed over a sacrificial layer **1004** on a surface on a substrate **1006**, an opening etched through the dielectric and sacrificial layers and a vertical channel region **1008** formed therein. As with embodiments described above, the vertical channel region **1008** can include an annular region in an outer layer of a substantially solid cylinder of semiconducting material **1010**, such as polycrystalline or monocrystalline silicon, or can include a separate, layer semiconducting material surrounding a cylinder of dielectric filler material (not shown). The dielectric layer **1002** can comprise any suitable dielectric material, such as a silicon oxide, capable of electrically isolating the subsequently formed high work function gate electrode of the memory transistor **800** from an overlying electrically active layer or another memory transistor.

Referring to FIG. **10**B, a second opening **1012** is etched through the etched through the dielectric and sacrificial layers **1002**, **1004**, to the substrate **1006**, and the sacrificial layer **1004** at least partially etched or removed. The sacrificial layer **1004** can comprise any suitable material that can be etched or removed with high selectivity relative to the material of the dielectric layer **1002**, substrate **1006** and vertical channel region **1008**. In one embodiment the sacrificial layer **1004** comprises an oxide that can be removed by Buffered Oxide Etch (BOE etch).

Referring to FIGS. **10**C and **10**D, a tunnel dielectric layer **1014**, a multi-layer charge-trapping region **1016**A-C, and a blocking dielectric layer **1018** are sequentially deposited in the opening, and the surface of the dielectric layer **1002** planarized to yield the intermediate structure shown in FIG. **10**C. As in the embodiments described above, the multi-layer charge trapping layer **1016**A-C is a split multi-layer charge trapping layer including at least an inner oxygen-rich first nitride layer **1016**A closest to the tunnel dielectric layer **1014**, and an outer, oxygen-lean second nitride layer **1016**B. Optionally, the first and second charge trapping layers can be separated by an intermediate oxide or anti-tunneling layer **1016**C.

Next, a high work function gate electrode **1022** is deposited into the second opening **1012** and the surface of the upper dielectric layer **1002** planarized to yield the intermediate structure illustrated in FIG. **10**E. As with the embodiments described above, the high work function gate electrode **1022** includes a doped polysilicon layer having a dopant concentration of from about 1e14 cm$^{-2}$ to about 1e16 cm$^{-2}$ so that the minimum energy needed to remove an electron from the gate electrode is from at least about 4.8 eV

to about 5.3 eV. The polysilicon layer of the high work function gate electrode **1022** is grown directly as a doped polysilicon layer through the addition of gases such as phosphine, arsine, diborane or BF$_2$, to the CVD process. Finally, an opening **1024** is etched through the gate layer **1022** to form control gates of separate memory devices **1026**A and **1026**B.

The foregoing description of specific embodiments and examples of the invention have been presented for the purpose of illustration and description, and although the invention has been described and illustrated by certain of the preceding examples, it is not to be construed as being limited thereby. They are not intended to be exhaustive or to limit the invention to the precise forms disclosed, and many modifications, improvements and variations within the scope of the invention are possible in light of the above teaching. It is intended that the scope of the invention encompass the generic area as herein disclosed, and by the claims appended hereto and their equivalents. The scope of the present invention is defined by the claims, which includes known equivalents and unforeseeable equivalents at the time of filing of this application.

What is claimed is:

1. A method comprising:
    forming over a substrate a stack of layers including at least a first dielectric layer, a sacrificial layer and a second dielectric layer, wherein the sacrificial layer is separated from the substrate by the first dielectric layer and the second dielectric layer is separated from the first dielectric layer by the sacrificial layer;
    forming an opening extending through the stack of layers to a first doped diffusion region formed on the substrate;
    forming on sidewalls of the opening a blocking dielectric layer;
    forming on an inside sidewall of the blocking dielectric layer a multi-layer charge storing region;
    forming on an inside sidewall of the multi-layer charge storing region a tunnel dielectric layer; and
    forming on an inside sidewall of the tunnel dielectric layer a vertical channel having a semiconductor material extending from the first doped diffusion region through the opening to a top of the stack of layers.

2. The method of claim **1**, further comprising the step of forming a second diffusion region such that the vertical channel connects the first and second diffusion regions.

3. The method of claim **1**, further comprising forming a layer of semiconductor material including a second doped diffusion region over a top surface of the stack of layers and the opening, wherein the vertical channel electrically couples the first doped diffusion region to the second doped diffusion region.

4. The method of claim **1**, wherein the second dielectric layer separates the sacrificial layer from an overlying memory transistor.

5. The method of claim **1**, wherein the blocking dielectric layer includes a high K dielectric.

6. The method of claim **1**, wherein the multi-layer charge storing region includes an oxygen-lean nitride layer and an oxygen-rich nitride layer.

7. The method of claim **6**, wherein the oxygen-lean nitride layer is formed on the inside sidewall of the blocking dielectric layer and wherein the oxygen-rich nitride layer is formed on the inside sidewall of the oxygen-lean nitride layer.

US 11,456,365 B2

21

**8**. The method of claim **6**, further comprising forming an anti-tunneling layer between the oxygen-lean nitride layer and the oxygen-rich nitride layer.

**9**. The method of claim **1**, further comprising the step of etching the sacrificial layer to form a second opening.

**10**. The method of claim **9**, further comprising the step of depositing a gate electrode in the second opening.

**11**. The method of claim **10**, wherein the second dielectric layer separates the gate electrode from an overlying memory transistor.

**12**. The method of claim **10**, wherein the deposited gate electrode is a high work function gate electrode.

**13**. The method of claim **4**, wherein the second dielectric layer separates the gate electrode from an overlying memory transistor.

**14**. The method of claim **1**, wherein the vertical channel formed includes an annular region.

**15**. The method of claim **14**, wherein at least a portion of the vertical channel is formed of polysilicon.

**16**. The method of claim **14**, wherein the vertical channel formed includes a layer of semiconductor material surrounding a cylinder of filler material.

**17**. The method of claim **14**, wherein the vertical channel formed includes an outer layer of semiconductor material.

**18**. The method of claim **17**, wherein the outer layer of semiconductor material is formed of polysilicon.

**19**. The method of claim **14**, wherein the blocking dielectric layer is formed in a substantially annular shape.

**20**. The method of claim **19**, wherein the blocking dielectric layer includes a high K dielectric.

**21**. The method of claim **19**, wherein the multi-layer charge storing region is formed in a substantially annular shape.

**22**. The method of claim **21**, wherein the tunnel dielectric layers is formed in a substantially annular shape.

**23**. A method comprising:

forming over a substrate a stack of layers including at least a first dielectric layer, a sacrificial layer and a second dielectric layer, wherein the sacrificial layer is separated from the substrate by the first dielectric layer and the second dielectric layer is separated from the first dielectric layer by the sacrificial layer;

forming an opening extending through the stack of layers towards the substrate;

forming on sidewalls of the opening an annular shaped blocking dielectric layer;

forming on an inside sidewall of the blocking dielectric layer an annular shaped multi-layer charge storing region;

forming on an inside sidewall of the multi-layer charge storing region an annular shaped tunnel dielectric layer; and

forming on an inside sidewall of the tunnel dielectric layer an annular shaped vertical channel having a semiconductor material extending from the substrate through the opening towards a top of the stack of layers.

**24**. The method of claim **23**, wherein the second dielectric layer separates the sacrificial layer from an overlying memory transistor.

**25**. The method of claim **23**, wherein the multi-layer charge storing region includes an oxygen-lean nitride layer and an oxygen-rich nitride layer.

**26**. The method of claim **25**, wherein the oxygen-lean nitride layer is formed on the inside sidewall of the blocking dielectric layer and wherein the oxygen-rich nitride layer is formed on the inside sidewall of the oxygen-lean nitride layer.

22

**27**. The method of claim **26**, further comprising forming an anti-tunneling layer between the oxygen-lean nitride layer and the oxygen-rich nitride layer.

**28**. The method of claim **23**, further comprising the step of etching the sacrificial layer to form a second opening.

**29**. The method of claim **28**, further comprising the step of depositing a gate electrode in the second opening.

**30**. The method of claim **29**, wherein the second dielectric layer separates the gate electrode from an overlying memory transistor.

**31**. The method of claim **29**, wherein the deposited gate electrode is a high work function gate electrode.

**32**. The method of claim **29**, wherein the blocking dielectric layer includes a high K dielectric.

**33**. The method of claim **32**, wherein the second dielectric layer separates the gate electrode from an overlying memory transistor.

**34**. The method of claim **33** wherein the multi-layer charge storing region includes an oxygen-lean nitride layer and an oxygen-rich nitride layer.

**35**. A semiconductor memory device, comprising:

a semiconductor substrate,

a channel region oriented substantially perpendicular to the semiconductor substrate, the channel region formed in a substantially annular shape,

a tunnel dielectric layer surrounding the channel region, the tunnel dielectric layer formed in a substantially annular shape,

a multi-layer charge storing region surrounding the tunnel dielectric layer, the multi-layer charge storing region formed in a substantially annular shape,

a blocking dielectric layer surrounding the multi-layer charge storing region, the blocking dielectric layer formed in a substantially annular shape, and

a gate electrode surrounding the blocking dielectric layer.

**36**. The semiconductor memory device of claim **35**, wherein the blocking dielectric layer includes a high K dielectric.

**37**. The semiconductor memory device of claim **35**, wherein the gate electrode is a high work function gate electrode.

**38**. The semiconductor memory device of claim **35**, wherein the multi-layer charge storing region includes a first oxygen-lean nitride layer and a second oxygen-rich nitride layer.

**39**. The semiconductor memory device of claim **38**, wherein the first oxygen-lean nitride layer and the second oxygen-rich nitride layer both include silicon, nitrogen and oxygen components.

**40**. The semiconductor memory device of claim **39**, wherein the first oxygen-lean nitride layer is formed on an inside sidewall of the blocking dielectric layer and wherein the second oxygen-rich nitride layer is formed on the inside sidewall of the first oxygen-lean nitride layer.

**41**. The semiconductor memory device of claim **40**, wherein the blocking dielectric layer includes a high K dielectric.

**42**. The semiconductor memory device of claim **35**, including a stack of layers formed over the substrate.

**43**. The semiconductor memory device of claim **42**, wherein the stack of layers includes a first dielectric layer, a gate layer and a second dielectric layer, wherein the gate layer is separated from the substrate by the first dielectric layer and the second dielectric layer is separated from the first dielectric layer by a sacrificial layer.

US 11,456,365 B2

23

24

**44**. The semiconductor memory device of claim **43**, wherein the channel region is formed in an opening extending through the stack of layers.

**45**. The semiconductor memory device of claim **43**, wherein the second dielectric layer separates the gate layer from an overlying memory transistor.

* * * * *