# Exhibit 5

US007671664B1

(12) **United States Patent**
**Moscaluk**

(10) **Patent No.: US 7,671,664 B1**
(45) **Date of Patent: Mar. 2, 2010**

(54) **CHARGE PUMP CONTROL CIRCUIT AND METHOD**

(75) Inventor: **Gary Moscaluk**, Colorado Springs, CO (US)

(73) Assignee: **Cypress Semiconductor Corporaation**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 133 days.

(21) Appl. No.: **11/801,543**

(22) Filed: **May 10, 2007**

(51) **Int. Cl.**
***G05F 1/10*** (2006.01)

(52) **U.S. Cl.** ........................ **327/536**; 327/142; 327/291

(58) **Field of Classification Search** ................. 327/142, 327/198, 291, 295, 298, 299, 536; 363/59, 363/60
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,768,366 B2 * 7/2004 Kuo et al. ................... 327/291

* cited by examiner

*Primary Examiner*—Long Nguyen

(57) **ABSTRACT**

A charge pump control circuit that four main parts: a clock control circuit; a clock switch and driver circuit; a pump stage; and a dynamic load control circuit. The clock control circuit has a dynamic load that is controlled by the dynamic load control circuit. When the charge pump control circuit is enabled, the dynamic capacitive load is applied which incorporates a delay allowing the high frequency clock to control the pump stage and quickly charge the output to the desired boosted voltage. This provides a very fast boosted output voltage during a startup condition. Once the desired output voltage is realized, the dynamic capacitive load is disabled and the low frequency clock takes over the operation. During each low frequency clock cycle, the high frequency clock is enabled for several cycles per cycle of the low frequency clock.

**19 Claims, 4 Drawing Sheets**





U.S. Patent Mar. 2, 2010 Sheet 1 of 4 US 7,671,664 B1

Startup & Clock Control
Delay Circuit
Clock Switch
Control & Drivers
Pump Stage
Dynamic Load
Control
vpwr
vgnd
vpump
sleep

FIG. 1



3.60V
3.40V
3.20V
3.00V
2.80V
2.60V
2.40V
2.20V
2.00V
1.80V
1.60V
1.40V
1.20V
1.00V
800mV
600mV
400mV
200mV
0.00V
-200mV
0.00s
100ns
200ns
300ns
400ns
500ns
600ns
700ns
800ns
300
302
304

FIG. 2



3.60V
3.40V
3.20V
3.00V
2.80V
2.60V
2.40V
2.20V
2.00V
1.80V
1.60V
1.40V
1.20V
1.00V
800mV
600mV
400mV
200mV
0.00V
0.00s
10µs
20µs
30µs
40µs
50µs
60µs
310
312
314
312
314

FIG. 3



3.60V
3.40V
3.20V
3.00V
2.80V
2.60V
2.40V
2.20V
2.00V
1.80V
1.60V
1.40V
1.20V
1.00V
800mV
600mV
400mV
200mV
0.00V
-200mV
47.2µs
47.3µs
47.3µs
47.4µs
47.4µs
47.5µs
47.5µs
47.6µs
47.6µs
320
324
326
324
322

FIG. 4

# CHARGE PUMP CONTROL CIRCUIT AND METHOD

## RELATED APPLICATIONS

Not Applicable

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH

Not Applicable

## THE NAMES OF THE PARTIES TO A JOINT RESEARCH AGREEMENT

Not Applicable

## REFERENCE TO A SEQUENCE LISTING, A TABLE, OR A COMPUTER PROGRAM LISTING

Not Applicable

## BACKGROUND OF THE INVENTION

Charge pumps are used to provide boosted voltages above the power supply voltage in electronic circuits. Today's mobile electronic products require low power consumption and fast startup times. For charge pump circuits this means that they need the desired boosted pump voltage quickly, and once stable consume as little power, or current, as possible. A conventional charge pump control circuit generates a high frequency and low frequency oscillator and uses circuitry to control the clock switching. During startup, the high frequency clock is used to generate the desired high output voltage at which point, the low frequency clock will take over the pump operation. The main disadvantage of using this approach is in order to maintain the minimum positive pump voltage, the frequency of the low frequency oscillator must be increased which increases operating power consumption. One solution is to add filter capacitance to the output which will keep the charge longer; however, this will contribute to a much longer startup time.

Thus there exists a need for a fast startup charge pump control system that consumes as little power during operation as possible.

## BRIEF SUMMARY OF INVENTION

A charge pump control circuit that overcomes these and other problems has four main parts: a clock control circuit; a clock switch and driver circuit; a pump stage; and a dynamic load control circuit. When the charge pump control circuit is enabled, the dynamic capacitive load is applied which incorporates a delay allowing the high frequency clock to control the pump stage and quickly charge the output to the desired boosted voltage. This provides a very fast boosted output voltage during a startup condition. Once the desired output voltage is realized, the dynamic capacitive load is disabled and the low frequency clock takes over the operation. During each low frequency clock cycle, the output voltage discharge rate is a function of the load capacitance and load current (if applicable) which it is driving. Therefore, in order to quickly boost the output back to its desired voltage the high frequency clock is enabled for several cycles per cycle of the low frequency clock. This reduces the power consumed compared to running a low frequency clock at a faster speed. Thus the charge pump circuit provides a fast startup with minimal power consumption under operating conditions.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. **1** is a schematic diagram of the charge pump control circuit in accordance with one embodiment of the invention;

FIG. **2** is a graph of the startup operation of the charge pump control circuit in accordance with one embodiment of the invention;

FIG. **3** is a graph of the operation of the charge pump control circuit in accordance with one embodiment of the invention; and

FIG. **4** is an expanded graph of the operation of the charge pump control circuit during a falling edge of the low frequency clock in accordance with one embodiment of the invention.

## DETAILED DESCRIPTION OF THE INVENTION

A charge pump control circuit has four main parts: a clock control circuit; a clock switch and driver circuit; a pump stage; and a dynamic load control circuit. The clock control circuit has a dynamic load that is controlled by the dynamic load control circuit. When the charge pump control circuit is enabled, the dynamic capacitive load is applied which incorporates a delay allowing the high frequency clock to control the pump stage and quickly charge the output to the desired boosted voltage. This provides a very fast boosted output voltage during a startup condition. Once the desired output voltage is realized, the dynamic capacitive load is disabled and the low frequency clock takes over the operation. During each low frequency clock cycle, the output voltage discharge rate is a function of the load capacitance and load current (if applicable) which it is driving. Therefore, in order to quickly boost the output back to its desired voltage the high frequency clock is enabled for several cycles per cycle of the low frequency clock. This reduces the power consumed compared to running a low frequency clock at a faster speed. Thus the charge pump circuit provides a fast startup with minimal power consumption under operating conditions.

FIG. **1** is a schematic diagram of the charge pump control circuit **10** in accordance with one embodiment of the invention. The charge pump control circuit **10** is made of four major parts: the clock control circuit **12**; the clock switch control circuit **14**; the pump stage **16**; and the dynamic load control **18**. The clock control circuit **12** has a sleep input **20** coupled to an inverter **22** and to an input **24** of a NOR gate **26**. The output of the inverter is coupled to the gate **28** of a PMOS transistor **30** and the gate **32** of NMOS transistor **34**. The source **36** of transistor **30** is coupled to the power supply (Vpwr) **38**. The drain **40** of transistor **30** is coupled to the drain **42** of PMOS transistor **44**. The source **46** of transistor **44** is coupled to power supply **38**. The gate **48** of transistor **44** is coupled to the low frequency clock (slowclk) **50** and to the gate **52** of NMOS transistor **54**. The drain **56** of transistor **54** is coupled to the drain **42** of transistor **44**. The source **58** of transistor **54** is coupled to the drain **60** of transistor **34**. The source **64** of transistor **34** is coupled to the drain **66** of NMOS transistor **68**. The drain **70** of transistor **68** is coupled to ground (Vgnd) **72**. The drain **40** of transistor **30** is also coupled to the input of inverter **74** and the output of the inverter **76** and an input **80** of the NAND gate **82**. The output of inverter **74** and the input of inverter **76** are coupled to an input **84** of NOR gate **26**. The output **86** NOR gate **26** is coupled to the gate **88** of PMOS transistor **90** and the gate **92**

of NMOS transistor **94**. The source **96** of transistor **90** is coupled to the power supply **28**. The drain **98** of transistor **90** is coupled to the drain **100** of transistor **94** and to the gate **102** of capacitor coupled transistor **104**. The source **106** of transistor **94** is coupled to ground **72**. The gate **102** of capacitor coupled transistor **104** is coupled to the gate **108** of capacitor coupled transistor **110**. The source **112** and drain **114** of capacitor coupled transistor **110** are coupled to the drain **116** of NMOS transistor **118**. The source **120** of transistor **118** is coupled to ground **72**. The gate **122** of transistor **118** is coupled to a startup signal **124** from the dynamic load control circuit **18**. The gate **108** of capacitor coupled transistor **110** is coupled to the input of inverter **126**. The output of inverter **126** is coupled to the gate **128** of transistor **68** and to the input of inverter **130**. The output of inverter **130** is coupled to an input **132** of NAND gate **82**. The output **134** of NAND gate **82** forms the switch clock signal **136**.

The clock switch control circuit **14** has a NAND gate **140** with a first input **142** coupled to the switch clock signal **136** and a second input **144** coupled to the low frequency clock signal **50**. The output **146** of NAND gate **140** is coupled to an input **148** of NAND gate **150**. Another NAND gate **152** has a first input **154** coupled to a high frequency clock signal **156**. The second input **158** of NAND gate **152** is coupled to the output of an inverter **160**. The input of the inverter **160** is coupled to the switch clock signal **136**. The output **162** of NAND gate **152** is coupled to an input **164** of NAND gate **150**. The output **166** of NAND gate **150** forms the clock signal. The clock signal **166** forms the input to the clock driver section **168** which is formed by three inverters. The PMOS transistors **170**, **172**, **174** of the three inverters have their gates coupled to the power supply voltage **38** and their drains coupled to the drains of the three NMOS transistor **176**, **178**, **180** of the three inverters. The sources of the NMOS transistor **176**, **178**, **180** are coupled to ground **72**. Note that the input **182** of the first inverter is coupled to the input **184** of the second inverter. The output **186** of the first inverter forms the output signal **188**. The output **190** of the second inverter is coupled to the input **192** of the third inverter. The output **194** of the third inverter forms the output-bar (outb) signal **196**.

The pump stage **16** has the output signal **188** and output bar signal **196**, or differential output cock signal and the power supply **38** and input signals. The output **198** is coupled **200** to the pump stage input, VPOS, and forms the pump signal (Vpump) **202**. The VPOS is an input to the pump stage which connects to the isolated Nwell of the circuit preventing any forward biasing conditions of parasitic bipolars. Since the output voltage is the highest potential during operation, it must control the Nwell for the pump stage.

The dynamic load control circuit **18** has a PMOS transistor **210** with a gate **212** coupled to the inverter switch clock signal. The source **214** of transistor **210** is coupled to power supply **38**. The drain **216** of transistor **210** is coupled to the source **218** of PMOS transistor **220**. The source **222** of transistor **220** is coupled to the drain **224** of NMOS transistor **226**. The drain **228** of transistor **226** is coupled to ground **72**. The gate **230** of transistor **226** and the gate **232** of transistor **220** are coupled to the sleep signal **20**. The source **224** of transistor **226** is coupled to the input of inverter **234** and to the output of inverter **236**. The output of inverter **234** and input of inverter **236** form the startup signal **124**.

The startup and clock delay circuit **12** control the startup operation once enabled **20** for a very fast boosted output voltage as well as controlling the pump operation during stable operation. The dynamic load control circuitry **18** functions by adding a very large capacitor **110** during startup to allow for enough time for the output **202** to reach its desired voltage. Once the voltage is maintained, the capacitor **202** is removed for proper functionality during stable operation. The clock switch control **14** and drivers controls **168** whether the low **50** or high frequency **156** clock drives the pump stage **16** as well as generate true **188** and complement **196** clocks for the pump stage **16**. The pump stage **16** consists of two boosting capacitors and pump control circuitry which generates the desired positive pump voltage **202**.

During standby or sleep condition, the output **202** is at ground and no current consumption takes place. Once enabled, the high frequency **156** oscillator starts and transitions to the clock drivers **108** which quickly boosts the output **202** to its stable voltage. At the same time, the startup and clock control delay circuit **12** will provide a delayed signal which coincides with the output **202** reaching its stable voltage and essentially turns off the high frequency oscillator **156** and turns on the low frequency oscillator **50**. At this point in time, the clock switch control and drivers **14** allow the low frequency oscillator **50** to transition to the pump stage **16**. On the falling edge of the low frequency oscillator clock **50**, the latch of the startup and clock control block **12** will essentially turn on the high frequency oscillator clock **156** and control the pumping operation until the delayed signal is realized and the high frequency oscillator **156** is disabled. This delayed signal will also generate a feedback signal **128** to the latch which will reset the clock control delay circuit **12** and prepare it for the next falling edge of the low frequency clock **50**. This operation basically allows the high frequency oscillator **156** to control the boosting of the output **202** for several cycles every falling edge of the low frequency oscillator clock **50** which quickly pumps up the voltage to its maximum desired voltage. This does two things: One, it allows for a lower frequency oscillator **50** which constitutes lower power consumption. Two, no additional filter capacitance is needed with no detrimental affect on startup time.

FIG. **2** is a graph of the startup operation of the charge pump control circuit in accordance with one embodiment of the invention. The output voltage is curve **300** and increases from 0 volts to 3.2 volts over 700 nanoseconds. The high frequency clock curve **302** is on from start-up to 700 nanoseconds. Curve **304** is the switch clock signal which rises at 700 nanoseconds after startup to turn off the high frequency clock and turn on the low frequency clock.

FIG. **3** is a graph of the operation of the charge pump control circuit in accordance with one embodiment of the invention. The output pump voltage signal is curve **310**, which rises steeply at startup and then forms a sawtooth type waveform. The high frequency clock **312** is applied at startup and at the falling edge of the low frequency clock **314**.

FIG. **4** is an expanded graph of the operation of the charge pump control circuit during a falling edge of the low frequency clock in accordance with one embodiment of the invention. Curve **320** shows the output voltage versus time. Curve **322** is falling edge of the low frequency clock. Curve **324** is the switch clock signal which turns on and off the high frequency clock **326**. Note that the high frequency clock **326** is on for about 200 nanoseconds.

Thus there has been described a charge pump control circuit which provides a fast startup with minimal power consumption under operating conditions. While the invention has been described in conjunction with specific embodiments thereof, it is evident that many alterations, modifications, and variations will be apparent to those skilled in the art in light of the foregoing description. Accordingly, it is intended to embrace all such alterations, modifications, and variations in the appended claims.

What is claimed is:

1. A charge pump control circuit, comprising:

a clock control circuit configured to output a switch clock control signal based on a dynamic load; and

a clock driver circuit configured to switch a clock signal supplied to a charge pump circuit between one of a first clock signal and a second clock signal based on the switch clock control signal, wherein the first clock signal has a higher frequency than the second clock signal.

2. The circuit of claim **1**, further including a dynamic load control circuit having a startup signal controlling the dynamic load.

3. The circuit of claim **2**, wherein the dynamic load has a capacitor with a node coupled to a controllable switch.

4. The circuit of claim **3**, wherein the capacitor is a transistor with a source coupled to a drain of the transistor.

5. The circuit of claim **1** wherein the clock switch control circuit has a low frequency clock input and a high frequency clock input.

6. The circuit of claim **2**, wherein the dynamic load control circuit is coupled to the switch clock signal output.

7. A method of operating a charge pump control circuit, comprising:

a) determining if a start-up condition exists;

b) when the start-up condition exists, applying a high frequency clock to a pump stage;

c) determining if a start-up delay has expired;

d) when the start-up delay has expired, applying a low frequency clock to the pump stage.

8. The method of claim **7**, further including the steps of:

e) not applying the high frequency clock to the pump stage.

9. The method of claim **8**, further including the steps of:

f) determining if the low frequency clock has a falling edge;

g) when the low frequency clock has the falling edge, applying the high frequency clock to the pump stage.

10. The method of claim **9**, further including the steps of:

h) waiting an operational delay and not applying the high frequency clock to the pump stage.

11. The method of claim **7**, further including the steps of:

e) when the start-up condition does not exists, determining if the low frequency clock has a falling edge;

f) when the low frequency clock does not have the falling, applying the low frequency clock to the pump stage.

12. The method of claim **11**, further including the steps of:

g) when the low frequency clock does have the falling, applying the high frequency clock to the pump stage.

13. The method of claim **9**, further including the steps of:

h) when the low frequency clock does not have the falling applying the low frequency clock to the pump stage.

14. The method of claim **10**, further including the steps of:

i) applying the low frequency clock to the pump stage.

15. A charge pump control circuit comprising:

a clock control circuit with a dynamic load, wherein the clock control circuit is configured to output a switch clock signal after a delay following enabling the charge pump control circuit, wherein the duration of the delay is based on the dynamic load; and

a clock switch circuit configured to receive the switch clock signal from the clock control circuit, wherein the clock switch circuit switches a frequency of a clock signal supplied to a charge pump circuit in response to the switch clock signal.

16. The charge pump control circuit of claim **15**, further comprising a dynamic load control circuit having a startup signal that controls the dynamic load.

17. The control circuit of claim **16**, further including a clock driver receiving a clock signal from the clock switch circuit and having a differential clock output.

18. The control circuit of claim **15**, wherein the clock switch circuit receives a low frequency clock input.

19. The control circuit of claim **18**, wherein the clock switch circuit receives a high frequency clock input.

* * * * *