| Attorney or Party without Attorney:<br>Brian D. Ledahl (SBN 186579)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.:<br>Ipvalue Management, Inc. et al | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Plaintiff: IPVALUE MANAGEMENT, INC., et al
Defendant: WESTERN DIGITAL CORPORATION., et al

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:25-CV-00119-MWF(DFMx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Amended Complaint

3. a. Party served: SANDISK CORPORATION
   b. Person served: Lynanne Gares, Authorized to Accept Service for Corporation Service Company, Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 251 Little Falls Drive, Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Apr 16 2025 (2) at: 09:05 AM

6. **Person Who Served Papers:**
   a. Clayton McFarlane                    d. The Fee for Service was: $358.40
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4/18/25                                                    CM
(Date)                                                  (Signature)



PROOF OF SERVICE

13110626
(17198769)