KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN #222476
akrishnan@keker.com
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
STEPHANIE J. GOLDBERG #328710
sgoldberg@keker.com
ERIC HANSON #254570
ehanson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
WESTERN DIGITAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, and SANDISK CORPORATION,<br><br>Defendants. | Case No. 8:25-cv-00119-MWF (DFMx)<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Date Filed: January 22, 2025<br><br>Trial Date: Not Yet Set |

Defendant Western Digital Corporation ("Western Digital") and Plaintiffs IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd. (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a First Amended Complaint on April 9, 2025;

WHEREAS, the current deadline for Defendant Western Digital to respond to Plaintiffs' First Amended Complaint is April 23, 2025;

WHEREAS, Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7-1 permit the Parties to stipulate to extend the time to respond to the First Amended Complaint with approval of the Court;

WHEREAS, the Parties agree that good cause for the stipulation exists because an extension would provide that the deadline for Defendant Western Digital's response to the First Amended Complaint be the same as the deadline for the response from newly-added Defendant Sandisk Corporation;

WHEREAS, the Parties have jointly agreed to extend Defendant Western Digital's deadline to respond to Plaintiffs' First Amended Complaint to May 7, 2025;

NOW, THEREFORE, it is hereby stipulated and agreed that:

Defendant Western Digital shall have until and including May 7, 2025, to file and serve its Answer or other response to Plaintiffs' First Amended Complaint.

//
//
//
//
//
//
//
//

In accordance with Local Rule 5-4.3.4(a)(2)(i), Defendant Western Digital's undersigned counsel, Ryan K. Wong, hereby attests that Neil A. Rubin, counsel for Plaintiffs, concurs in the content and has authorized the filing of this Stipulation.

Dated: April 22, 2025                                KEKER, VAN NEST & PETERS LLP

                                                     By:  /s/ *Ryan K. Wong*
                                                          RYAN K. WONG

                                                     Attorney for Defendant
                                                     WESTERN DIGITAL CORPORATION

Dated: April 22, 2025                                RUSS, AUGUST & KABAT

                                                     By:  /s / *Neil A. Rubin*
                                                          NEIL A. RUBIN

                                                     Attorney for Plaintiffs
                                                     IPVALUE MANAGEMENT, INC. and
                                                     LONGITUDE FLASH MEMORY
                                                     SOLUTIONS, LTD.