KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN #222476
akrishnan@keker.com
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
STEPHANIE J. GOLDBERG #328710
sgoldberg@keker.com
ERIC HANSON #254570
ehanson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
WESTERN DIGITAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, and SANDISK CORPORATION,<br><br>Defendants. | Case No. 8:25-cv-00119-MWF (DFMx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Date Filed: January 22, 2025<br><br>Trial Date: Not Yet Set |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
Case No. 8:25-cv-00119-MWF (DFMx)

2937772

Pursuant to the stipulation by and between Plaintiffs IPValue Management Inc. and Longitude Flash Memory Solutions, Ltd., and Defendant Western Digital Corporation, by and through their respective counsel, and good cause appearing therefor:

Western Digital shall have until and including May 7, 2025, to file and serve its Answer or other response to Plaintiffs' First Amended Complaint.

IT IS SO ORDERED:

Dated: _____          _____
                                                      Hon. Michael W. Fitzgerald
                                                      United States District Judge

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT
Case No. 8:25-cv-00119-MWF (DFMx)

2937772