# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPVALUE MANAGEMENT, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> WESTERN DIGITAL CORPORATION, et al., <br><br> Defendants. | Case No. SACV 25-119-MWF(DFMx) <br><br> ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

The Court has considered the Joint Stipulation to Extend Time to Respond to First Amended Complaint ("FAC") filed by Plaintiffs and Defendant Western Digital Corporation. (Docket No. 28). For good cause shown, the request is GRANTED. Defendant Western Digital Corporation's response to Plaintiffs' FAC shall be filed no later than **May 7, 2025**.

**IT IS SO ORDERED.**

Dated: April 24, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge