1  KEKER, VAN NEST & PETERS LLP
   AJAY S. KRISHNAN #222476
2  akrishnan@keker.com
   RYAN K. WONG #267189
3  rwong@keker.com
   ERIN E. MEYER #274244
4  emeyer@keker.com
   STEPHANIE J. GOLDBERG #328710
5  sgoldberg@keker.com
   ERIC B. HANSON #254570
6  ehanson@keker.com
   633 Battery Street
7  San Francisco, CA 94111-1809
   Telephone: 415 391 5400
8  Facsimile: 415 397 7188

9  Attorneys for Defendants
   WESTERN DIGITAL CORPORATION
10 and SANDISK CORPORATION

11

12                UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14                      SOUTHERN DIVISION

15

| 16 | IPVALUE MANAGEMENT, INC. and LONGITURE FLASH MEMORY SOLUTIONS, LTD., | Case No. 8:25-cv-00119-MWF-DFM |
|---|---|---|
| 17 | | **SANDISK CORPORATION'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | WESTERN DIGITAL CORPORATION, and SANDISK CORPORATION | |
| 21 | | |
| 22 | Defendants. | Date Filed: May 7, 2025 |
| 23 | | Trial Date: TBD |

24
25
26
27
28

SANDISK CORPORATION'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 CERTIFICATION AND NOTICE OF INTERESTED PARTIES
Case No. 8:25-cv-00119-MWF-DFM

2970312

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1 of the United States District Court for the Central District of California, Defendant Sandisk Corporation hereby files its corporate disclosure statement and certification and notice of interested parties.

Sandisk Corporation is a publicly traded company under the stock ticker SNDK. Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Western Digital Corporation owns 10 percent or more of the stock of Sandisk Corporation.

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Sandisk Corporation, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. Plaintiffs have already submitted their corporate disclosure statement and certification and notice of interested parties. ECF 3, 4.

| PARTY | CONNECTION/INTEREST |
| --- | --- |
| Western Digital Corporation | Defendant |
| Sandisk Corporation | Defendant |

Dated: May 7, 2025    KEKER, VAN NEST & PETERS LLP

By: /s/ *Erin E. Meyer*
AJAY S. KRISHNAN
RYAN K. WONG
ERIN E. MEYER
STEPHANIE J. GOLDBERG
ERIC B. HANSON

Attorneys for Defendants
WESTERN DIGITAL CORPORATION
and SANDISK CORPORATION