KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN #222476
akrishnan@keker.com
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
STEPHANIE J. GOLDBERG #328710
sgoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
SANDISK CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> WESTERN DIGITAL CORPORATION and SANDISK CORPORATION, <br><br> Defendant. | Case No. 8:25-CV-00119-MWF (DFMx) <br><br> **DECLARATION OF KARIN WERDER IN SUPPORT OF DEFENDANTS WESTERN DIGITAL CORPORATION AND SANDISK CORPORATION'S MOTION TO STAY** <br><br> Date: June 9, 2025 <br> Time: 10:00 a.m. <br> Courtroom: 5A <br> Judge: Hon. Michael W. Fitzgerald <br><br> Date Filed: January 22, 2025 <br><br> Trial Date: Not Yet Set |

I, Karin Werder, declare:

1. I have personal knowledge of the facts contained in this declaration and, if called to testify, could and would competently testify thereto. I make this declaration in support of Defendants Western Digital Corporation and Sandisk Corporation's Motion to Stay.

2. I am currently employed at Western Digital Corporation ("Western Digital") and reside in San Jose, California. I am the Vice President of Technical Product Management at Western Digital. I have been working on hard-disk-drive technology at Western Digital for around 6 years.

3. Founded in 1970, Western Digital is a global leading innovator in data storage. Its products have revolutionized how users preserve digital content across a range of devices. Western Digital's headquarters is located in San Jose, California. Western Digital primarily sells hard-disk-drive storage solutions, which are also known in the industry as "HDDs."

4. Western Digital acquired Sandisk in 2016. While Sandisk was a part of Western Digital, Western Digital sold flash-storage products under both the "Sandisk" and "Western Digital" brand names.[1] Most of the flash-storage products that Western Digital sold were Sandisk-branded products. The Western Digital branded products that used flash storage merely incorporated Sandisk's flash memory into the end product.

5. Western Digital announced in October 2023 that it would spin-off its flash memory business. The separation between Western Digital and Sandisk was completed on February 21, 2025. Since the split, Western Digital does not manufacture or sell standalone flash-memory products. Western Digital sells some products, like "OptiNAND HDDs," that utilize a form of flash memory, but these products merely incorporate flash memory that Sandisk manufactures and sells to

---

[1] I also understand that Western Digital sold flash-storage products with the brand names "WD" and "G-Technology."

Western Digital as a customer of Sandisk. Western Digital does not design or manufacture the flash memory used in the HDD products.

6. Since the spin-off, the engineers and other personnel that work on flash memory are employees of Sandisk, and Sandisk controls the documents pertaining to the flash memory used in Western Digital's HDDs. Any flash memory products, besides the limited Western Digital HDD products that incorporate flash memory, are handled entirely by Sandisk with no connection to Western Digital.

7. I understand that Sandisk has agreed to accept liability for this action as it relates to Western Digital's flash-memory products that were released under both the Western Digital and Sandisk brands when Sandisk was a subsidiary of Western Digital.

8. I also understand that Western Digital has agreed to be bound by any judgment of infringement or validity (if any), as finally determined in *Sandisk Corporation v. IPValue Management, Inc. et al.*, Case No. 5:25-cv-02389-PCP, proceeding in the Northern District of California, if the Court were to stay this case.

//

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 7, 2025, in San Jose, California.

*/s/ K. Werder*