KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN #222476
akrishnan@keker.com
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
STEPHANIE J. GOLDBERG #328710
sgoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and SANDISK CORPORATION,<br><br>Defendant. | Case No. 8:25-CV-00119-MWF (DFMx)<br><br>**DECLARATION OF ANNE KOH IN SUPPORT OF DEFENDANTS WESTERN DIGITAL CORPORATION AND SANDISK CORPORATION'S MOTION TO STAY**<br><br>Date:       June 9, 2025<br>Time:       10:00 a.m.<br>Courtroom: 5A<br>Judge:      Hon. Michael W. Fitzgerald<br><br>Date Filed:  January 22, 2025<br><br>Trial Date:  Not Yet Set |

I, Anne Koh, declare:

1. I have personal knowledge of the facts contained in this Declaration and, if called to testify, could and would competently testify thereto. I make this declaration in support of Defendants Western Digital Corporation and Sandisk Corporation's Motion to Stay.

2. I am currently employed at Sandisk Corporation ("Sandisk") and reside in Fremont, California. I am a Senior Director of Engineering and serve as the Chief of Staff to the Senior Vice President of the Flash Products Group at Sandisk. I have been employed with Sandisk for about 20 years.

3. Sandisk is a leading global innovator in flash-memory technology. Sandisk primarily sells solid-state-drive flash-storage products, which are known in the industry as "SSDs." Sandisk was acquired by Western Digital in 2016. While Sandisk was a part of Western Digital, Western Digital sold flash-storage solutions under both the "Sandisk" and "Western Digital" brand names. Most of the flash-storage products that Western Digital sold were Sandisk-branded products.

4. Sandisk separated from Western Digital on February 21, 2025. Sandisk has its corporate headquarters in Milpitas, California. Sandisk currently employs almost 14,000 employees worldwide, and about 1,500 of those employees are in Milpitas. Sandisk has four offices in California: one in Irvine, one in Folsom, and one in San Jose, in addition to the Milpitas office. Sandisk's Irvine office employs only around 400 employees.

5. The majority of Sandisk's United States employees are located in Sandisk's Milpitas office, including Sandisk's corporate operations and around 45% of Sandisk's research and development. The majority of Sandisk's accounting, finance, marketing, and sales personnel for Sandisk's flash-storage products, including those employees in supervisory and executive capacities, are located in the Milpitas office in California. Sandisk's Irvine office is home to less than 3% of Sandisk's employees globally. For example, there are around 90 sales

1

DECLARATION OF ANNE KOH IN SUPPORT OF DEFENDANTS WESTERN DIGITAL CORPORATION AND SANDISK CORPORATION'S MOTION TO STAY
Case No. 8:25-CV-00119-MWF (DFMx)

2889986

employees nominally based in the Irvine office, out of around 800 total salespersons at Sandisk.

6. Employees who work on the design of Sandisk's flash memory and the control circuits for flash memory are based in the Milpitas office. There are no design employees working on the flash memory and its control circuits for flash memory in the Irvine office. Instead, employees in the Irvine office focus mainly on Sandisk's enterprise products, such as Sandisk's Ultrastar SSDs, which are flash products that are used in data centers. There are around 25 employees in Irvine who work on flash product controllers, the interface between the memory and an external host, like a cloud server. To the extent that Sandisk's flash products were designed and developed in the United States (as opposed to outside of the United States), the vast majority of that work was performed at the Milpitas office. Design documents for the flash memory and control circuits for flash memory are located in the Milpitas office.

7. I understand that Sandisk has agreed to accept liability for this action as it relates to Western Digital's flash-memory products that were released under both the Western Digital and Sandisk brands when Sandisk was a subsidiary of Western Digital.

//

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 7, 2025 in Milpitas, California.

_____

2
DECLARATION OF ANNE KOH IN SUPPORT OF DEFENDANTS WESTERN DIGITAL CORPORATION AND SANDISK CORPORATION'S MOTION TO STAY
Case No. 8:25-CV-00119-MWF (DFMx)

2889986