KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN #222476
akrishnan@keker.com
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
STEPHANIE J. GOLDBERG #328710
sgoldberg@keker.com
ERIC HANSON #254570
ehanson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
WESTERN DIGITAL CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD., <br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, and SANDISK CORPORATION,<br><br>Defendants. | Case No. 8:25-cv-00119-MWF (DFMx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS WESTERN DIGITAL CORPORATION AND SANDISK CORPORATION'S MOTION TO STAY**<br><br>Date: June 9, 2025<br>Time: 10:00 a.m.<br>Courtroom: 5A<br>Judge: Hon. Michael W. Fitzgerald<br><br>Date Filed: January 22, 2025<br><br>Trial Date: Not Yet Set |

[PROPOSED] ORDER GRANTING DEFENDANTS WESTERN DIGITAL CORPORATION AND SANDISK CORPORATION'S MOTION TO STAY
Case No. 8:25-cv-00119-MWF (DFMx)

2897955

Defendants Western Digital Corporation and Sandisk Corporation's motion to stay this action pending final resolution of Case No. 5:25-cv-02389-PCP, *Sandisk Corporation v. IPValue Management, Inc. et al.* ("Sandisk's DJ Action"), currently pending in the United States District Court for the Northern District of California, came for hearing on June 9, 2025.

Having considered all materials filed in support of and in opposition to the motion, having considered the arguments of counsel, and good cause being shown:

IT IS HEREBY ORDERED THAT this action is stayed pending final resolution of Sandisk's DJ Action.

IT IS SO ORDERED:

Dated: _____

_____
Hon. Michael W. Fitzgerald
United States District Judge

1

[PROPOSED] ORDER GRANTING DEFENDANTS WESTERN DIGITAL CORPORATION AND SANDISK CORPORATION'S MOTION TO STAY
Case No. 8:25-cv-00119-MWF (DFMx)

2897955