KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN #222476
akrishnan@keker.com
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
STEPHANIE J. GOLDBERG #328710
sgoldberg@keker.com
ERIC HANSON #254570
ehanson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant
WESTERN DIGITAL CORPORATION
and SANDISK CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, and SANDISK CORPORATION,<br><br>Defendants. | Case No. 8:25-cv-00119-MWF (DFMx)<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE FOR MOTION TO DISMISS AND MOTION TO STAY**<br><br>Date Filed:  January 22, 2025<br><br>Trial Date:  Not Yet Set |

Defendants Western Digital Corporation and Sandisk Corporation ("Defendants") and Plaintiffs IPValue Management, Inc. and Longitude Flash Memory Solutions, Ltd. ("Plaintiffs") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Defendants filed a Motion to Dismiss and a Motion to Stay on May 7, 2025, *see* ECF Nos. 30, 32, and 33;

WHEREAS, Defendants noticed the hearing for the Motion to Dismiss and Motion to Stay for June 9, 2025, at 10:00 a.m.;

WHEREAS, due to scheduling conflicts, the Parties agree to continue the hearing until June 30, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard;

WHEREAS, if the Court continues the hearing until June 30, 2025, Plaintiffs' Oppositions to the Motion to Dismiss and Motion to Stay would both be due no later than June 9, 2025, and Defendants' replies would both be due no later than June 16, 2025;

NOW, THEREFORE, it is hereby stipulated and agreed that:

The hearing on Defendants' Motion to Dismiss, *see* ECF Nos. 30 and 33, and Motion to Stay, *see* ECF No. 32, is continued until June 30, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard.

//
//
//
//
//
//
//
//
//

In accordance with Local Rule 5-4.3.4(a)(2)(i), Defendants Western Digital and Sandisk Corporation's undersigned counsel, Ryan K. Wong, hereby attests that Neil A. Rubin, counsel for Plaintiffs, concurs in the content and has authorized the filing of this Stipulation.

Dated: May 14, 2025

KEKER, VAN NEST & PETERS LLP

By:  /s/ *Ryan K. Wong*
AJAY S. KRISHNAN
RYAN K. WONG
ERIN E. MEYER
STEPHANIE J. GOLDBERG
ERIC B. HANSON

Attorneys for Defendant
WESTERN DIGITAL CORPORATION
and SANDISK CORPORATION

Dated: May 14, 2025

RUSS, AUGUST & KABAT

By:  /s / *Neil A. Rubin*
NEIL A. RUBIN
BRIAL D. LEDAHL

Attorneys for Plaintiffs
IPVALUE MANAGEMENT, INC. and
LONGITUDE FLASH MEMORY SOLUTIONS, LTD.