KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN #222476
akrishnan@keker.com
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
STEPHANIE J. GOLDBERG #328710
sgoldberg@keker.com
ERIC HANSON #254570
ehanson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
WESTERN DIGITAL CORPORATION
and SANDISK CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD., <br><br>Plaintiffs,<br><br> v.<br><br> WESTERN DIGITAL CORPORATION, and SANDISK CORPORATION,<br><br>Defendants. | Case No. 8:25-cv-00119-MWF (DFMx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE FOR MOTION TO DISMISS AND MOTION TO STAY**<br><br>Date Filed: January 22, 2025<br><br>Trial Date: Not Yet Set |

Pursuant to the stipulation by and between Plaintiffs IPValue Management Inc. and Longitude Flash Memory Solutions, Ltd., and Defendants Western Digital Corporation and Sandisk Corporation, by and through their respective counsel, and good cause appearing therefor:

The hearing for Western Digital and Sandisk's Motion to Dismiss, ECF Nos. 30 and 33, and Motion to Stay, ECF No. 32, is continued until June 30, 2025, at 10:00 a.m.

IT IS SO ORDERED:

Dated: _____                                       _____
                                                                Hon. Michael W. Fitzgerald
                                                                United States District Judge

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE FOR MOTION TO DISMISS AND MOTION TO STAY
Case No. 8:25-cv-00119-MWF (DFMx)

2972389