**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IPVALUE MANAGEMENT, INC., et al., | Case No. SACV 25-119-MWF(DFMx) |
| Plaintiffs, | ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE FOR MOTION TO DISMISS AND MOTION TO STAY |
| v. | |
| WESTERN DIGITAL CORPORATION, et al., | |
| Defendants. | |

The Court has considered the parties' Joint Stipulation to Continue Hearing Date for Motion to Dismiss and Motion to Stay, filed May 14, 2025. (Docket No. 34). (Docket No. 28). For good cause shown, the request is GRANTED. The following Motions are **CONTINUED** from June 9, 2025, to **June 30, 2025, at 10:00 a.m.**

- Defendants' Motions to Dismiss (Docket Nos. 30 and 33).
- Defendants' Motion to Stay Case (Docket No. 32).

The briefing schedules for all the Motions shall align with the new hearing date.

**IT IS SO ORDERED.**

Dated: May 15, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge