Brian Ledahl (CA SBN 186579)
bledahl@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

*Attorneys for Plaintiffs IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and SANDISK CORPORATION,<br><br>Defendants. | Case No. 8:25-CV-00119-MWF (DFMx)<br><br>**DECLARATION OF BRIAN LEDAHL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY**<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A<br><br>Date: June 30, 2025<br>Time: 10:00 am |

I, Brian Ledahl, declare and state as follows:

1. I am a member of the State Bar of California and am a partner of Russ August & Kabat, counsel of record for Plaintiffs IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd. (collectively, "IPValue") in the above-captioned action. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Stay. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the complaint in *Sandisk Corp. v. IPValue Mgmt., Inc. et al.*, No. 5:25-cv-02389-PCP, filed in the Northern District of California on March 7, 2025.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Sandisk press release entitled "Sandisk Celebrates Nasdaq Listing After Completing Separation from Western Digital," dated February 24, 2025, available at https://www.sandisk.com/company/newsroom/press-releases/2025/sandisk-celebrates-nasdaq-listing-after-completing-separation.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Form 10-Q report filed by Sandisk Corporation with the United States Securities and Exchange Commission for the quarterly period ending March 28, 2025, available at http://edgar.secdatabase.com/1793/202355425000027/filing-main.htm.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the entity profile for Sandisk Corporation on the State of Delaware's Division of Corporations website, available at https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on June 9, 2025 at Lexington, Massachusetts.

/s/ *Brian Ledahl*
Brian Ledahl