KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN #222476
akrishnan@keker.com
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
STEPHANIE J. GOLDBERG #328710
sgoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and SANDISK CORPORATION,<br><br>Defendant. | Case No. 8:25-CV-00119-MWF (DFMx)<br><br>**DECLARATION OF ERIN E. MEYER IN SUPPORT OF DEFENDANTS WESTERN DIGITAL CORPORATION AND SANDISK CORPORATION'S REPLY IN SUPPORT OF MOTION TO STAY**<br><br>Date: June 30, 2025<br>Time: 10:00 a.m.<br>Courtroom: 5A<br>Judge: Hon. Michael W. Fitzgerald<br><br>Date Filed: January 22, 2025<br><br>Trial Date: Not Yet Set |

I, Erin E. Meyer, declare:

1. I have personal knowledge of the facts contained in this Declaration and, if called to testify, could and would competently testify thereto. I make this declaration in support of Defendants Western Digital Corporation (Western Digital) and Sandisk Corporation's (Sandisk) Reply in support of its Motion to Stay.

2. I am a partner at Keker, Van Nest and Peters LLP and attorney of record for Defendants Western Digital Corporation and Sandisk Corporation in the above-captioned matter.

3. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Initial and Additional Disclosures served on June 5, 2025, in *Sandisk Corp. v. IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd.*, Case No. 5:25-cv-2389-PCP in the United States District Court for the Northern District of California.

4. Attached hereto as **Exhibit B** is a true and correct copy of Amit Garg's LinkedIn profile, last accessed on June 15, 2025.

5. On June 6, 2025, Sandisk issued a press release, available at https://investor.sandisk.com/news-releases/news-release-details/sandisk-announces-pricing-upsized-secondary-offering-common, explaining that Western Digital would be selling a majority of its shares in Sandisk, reducing its ownership to around 5%. On June 9, 2025, Western Digital filed an updated Form 4 with the Securities and Exchange Commission reflecting its reduced ownership. Attached hereto as **Exhibit C** is a true and correct copy of the Form 4 Statement of Changes in Beneficial Ownership.

//
//
//
//
//

1

DECLARATION OF ERIN E. MEYER IN SUPPORT OF DEFENDANTS WESTERN DIGITAL CORPORATION AND SANDISK CORPORATION'S REPLY IN SUPPORT OF MOTION TO STAY
Case No. 8:25-CV-00119-MWF (DFMx)

2988592

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 16, 2025 in San Francisco, California.

_____
ERIN E. MEYER