# Exhibit B

## Contact

www.linkedin.com/in/amitgargprofile (LinkedIn)

## Top Skills

Venture Capital
Mergers & Acquisitions
Start-ups

# Amit Garg

GM and VP at IPValue Management Inc. Business development, operations, strategic partnerships and corporate strategy.
San Jose, California, United States

## Summary

Executive with a 20+ year track record of business leadership in high-tech and client-services industries. Recognized by IAM as a top IP professional globally. Have fostered high-value partnerships and run business operations at operating companies as well as four top-tier firms: McKinsey & Co (Corporate Strategy), Booz*Allen (Business Operations), CSC (IT Strategy and Services), and, currently, IPVALUE (Intellectual Property). Hands-on experience and expertise in business development, partnership management, intellectual property analyses & transactions, business analytics, and corporate development. Passionate about developing and mentoring highly empowered multidisciplinary teams.  Enjoy rolling up my sleeves and getting into the trenches at deeply operational levels. This approach to leadership has allowed me to repeatedly build and lead highly productive teams across geo and org boundaries; teams with clear result-focus, accountability, and a strong track record of delivering immediate, midterm, and long-term results.

---

## Experience

IPValue
21 years 10 months

General Manager (Longitude Flash Memory Solutions), VP (Strategic Partnerships & BD-Semiconductors)
June 2019 - Present (6 years 1 month)
Santa Clara, California, United States

Running $XXXM business entity leading a multidisciplinary support team of engineers, lawyers, analysts, and negotiators. Sourcing, nurturing and growing business-critical partnerships.

Sr. Director, Partnerships & Acquisitions
June 2016 - June 2019 (3 years 1 month)

Sr. Director, Business Operations and Technology

June 2012 - June 2016 (4 years 1 month)

Director, Business Operations and Technology
June 2007 - June 2012 (5 years 1 month)

Sr. Associate, Business Operations and Technology
September 2003 - June 2007 (3 years 10 months)
Santa Clara, California, United States

Since joining the VC-funded firm near inception, have helped the startup transform itself from a single customer company to being a firm that has helped create, and is firmly established as leader in, an entirely new business category – IP commercialization. Over time supported generation of $2+ Billion in revenues for client companies.

# Owned and nurtured day-to-day operational relationships with 6 major corporate clients and ran multiple consulting engagements serving corporate, private equity and hedge fund clients.
# Actively engaged continually with CxO/xVP level executives, both internally and at customers, - across Finance, Legal, Operations and R&D functions - to define/refine overall Strategic and Financial goals for annual and multiyear horizons. Developed and scoped specific projects to deliver those goals.
# Built cross-functional global teams, coordinated resources and provided overall leadership in execution of multiple parallel running efforts. Interacted heavily with and oversaw project managers, business analysts, engineering staff, industry experts, legal counsels, and sales personnel on daily basis in delivering the tasks.
# Responsible for/supported key functions related to Customer life-cycle: Prospecting, Business Development, Customer On-boarding, Product Development, Relationship Management, Sales Support and Deal Closure. Coordinated and ran monthly-, quarterly- and annual- business progress reviews internally with business leadership and the company board as well as externally with client executives.

McKinsey & Company
Senior Associate, Hi-Tech & Corporate Finance Practices
2000 - 2003 (3 years)
Los Angeles, CA.

Served west coast based clients in Hi-Tech, Healthcare, Media and non-Profit sectors. Depending upon individual business needs, helped businesses identify opportunities for revenue growth, acquire & divest entities, re-organize whole enterprise, revamp specific business functions or build sustainable

ecosystems for evolving business/technology conditions. Built effective working relationships with client personnel (senior executives, line managers, functional staff), McKinsey staff (consultants, subject matter experts, support staff) and 3rd party professionals (client's customers/suppliers/partners/vendors, industry experts) – to help understand and resolve the underlying business issues.

• Deconstructed and analyzed operating model of a complex ~$850 Million/year revenue pharmaceutical firm with operations in 24 countries. Built and managed financial model informing valuation of business sub-units, country specific operations and optimal capital structure of overall firm. Interfaced with Investment Bankers and client's Treasury, Corporate Finance and CxO executives to help successfully execute spin out of a $200+ Million biotech Firm and saving $100+ Million in on-going operating costs of the resulting parent firm.
• Led team in reorganizing sales operations of a ~$1 Billion annual revenue business software firm. Identified opportunities for 15%-20% sales improvements amongst key accounts and rolled out related sales strategies.
• Analyzed various strategic scenarios related to divestiture of a ~$8 Billion media unit from a major US business conglomerate. Built financial models and generated Fair Market Valuation to inform board level decisions.

Booz Allen Hamilton
Summer Associate, Information Technology Practice
June 1999 - August 1999 (3 months)

Analyzed the Executive Information System (EIS) deployed at a premium cable channel network that was used to communicate reports on several key Finance and Operations related metrics to top-most business leadership. Analyzed shortcomings in the existing system. Developed specifications & high level implementation plan for a replacement system.

# Supported the consulting team in conducting interviews with several key internal and external stake holders located at multiple cities in the country. Interviewed network's business executives, line managers, operations staff, finance personnel, IT professionals and key application/IT-infrastructure vendors.
# Analyzed the technical architecture and capabilities of existing system. Developed functional requirements (feature set, service level requirements and costs) and high level implementation plan of an EIS that met senior executives' business needs.

\# Designed the system to improve accuracy, timeliness (25% to 50%) and generation costs (30% to 40%) of various reports. Modeled financial payoffs (ROI, NPV) related to the re-engineering effort.

### CSC - Computer Sciences Corporation
Senior System Architect, Communications Industry Services Practice (CIS)
1998 - 1999 (1 year)
Champaign, IL.

Served the practice at a critical juncture in business and technological transformation of its mobile phone billing business. Led complete overhaul of the IT infrastructure for the business (~$150 Million/year) from a VAX/VMS based platform to a UNIX based distributed, client-server environment.

\# With the help of in-house technical experts and outside business process reengineering experts, helped in development of high level business objectives, revised operations processes and service level requirements for the new system.
\# Re-architected, modeled, implemented, tested and rolled out new billing system into production.
\# Reported directly to the CTO. Hired/managed in-house developers, consultants and subcontractors as needed to ensure successful execution of the overall project.

### Spyglass Inc.
Manager (Multimedia Applications)
1995 - 1997 (2 years)
Champaign, IL.

As an early employee of this pioneering and intensely entrepreneurial, pre-IPO Internet technology start-up, helped usher in WWW and Internet to world at large. Started out with first ever commercial versions of Internet applications such as Telnet, Enhanced Mosaic Internet Browser and HTTP-based web server. Eventually, helped company create and offer customizable platform/tool-kit used to develop applications for e-commerce and Web based content publication (e.g., Internet Explorer, Oracle web server). In due course, engaged in daily intense, adrenaline-pumping "Browser Wars" with 15x larger Netscape.

\# Hired, led and managed multidisciplinary teams comprising of software developers, QA engineers, support engineers, external subject matter experts and technical writers.

\# Personally implemented support for Internet protocols, security features and 3rd party multimedia applications (Telnet/FTP/Gopher/HTTP, SSL stack, DES/PGP/other cryptography protocols, Java JVM, streaming audio and video, animation).

\# Owned responsibility of developing and supporting the Internet Technology platform for Windows and UNIX (Solaris, BSD, HP-UX) based application development environments.

\# Managed key customer (Microsoft, Oracle), strategic-partner (Sun, RealAudio) and 3rd party developer relationships.

Integrated Support Systems Inc.
Senior Software Engineer
1990 - 1995 (5 years)
Clemson, SC.

Joined a small entrepreneurial company that punched above its weight grade. Helped the company multiply its revenues ~5X to $20 Million and expand its software footprint from IBM Mainframe & MS-DOS platforms to Windows, Unix, VAX/VMS and WWW. The logistics management suite developed by the company were used by private industry for supply chain management and by US defense forces in deployment of troops, fighter aircrafts and missiles – such as that of Patriot Missiles in Operation Desert Storm.

\# Redesigned the existing business applications on MSDOS/Mainframe platforms in order to port them to other platforms. Learned and programmed to APIs exposed by Window 3.x SDK, VAX/VMS, various flavors of UNIX and Visix.

\# Redesigned software on a continual basis in response to updates in Logistical standards and advancement in client server technologies.

## Education

Stanford University
Continuing Studies · (2012 - 2013)

University of Pennsylvania - The Wharton School
MBA, Finance · (1998 - 2000)

Clemson University

Master's Degree, Computer Engineering · (1988 - 1990)

KNIT

Bachelor's Degree, Computer Science · (1984 - 1988)

The Wharton School