KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN #222476
akrishnan@keker.com
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
STEPHANIE J. GOLDBERG #328710
sgoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and SANDISK CORPORATION,<br><br>Defendant. | Case No. 8:25-CV-00119-MWF (DFMx)<br><br>**DECLARATION OF ANNE KOH IN SUPPORT OF DEFENDANTS WESTERN DIGITAL CORPORATION AND SANDISK CORPORATION'S REPLY IN SUPPORT OF MOTION TO STAY**<br><br>Date: June 30, 2025<br>Time: 10:00 a.m.<br>Courtroom: 5A<br>Judge: Hon. Michael W. Fitzgerald<br><br>Date Filed: January 22, 2025<br><br>Trial Date: Not Yet Set |

I, Anne Koh, declare:

1. I have personal knowledge of the facts contained in this Declaration and, if called to testify, could and would competently testify thereto. I make this declaration in support of Defendants Western Digital Corporation and Sandisk Corporation's Reply in support of its Motion to Stay.

2. I am currently employed at Sandisk Corporation ("Sandisk") and reside in Fremont, California. I am a Senior Director of Engineering and serve as the Chief of Staff to the Senior Vice President of the Flash Products Group at Sandisk. As part of my role at Sandisk, I have access to certain records where I can confirm the employment location of certain employees who work at Sandisk.

3. I accessed those records on June 16, 2025 and determined that Long Pham, Keyur Payak, and Hiro Kinoshita are all employed at Sandisk's office in Milpitas, California.

//

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 16, 2025 in Milpitas, California.



---

1

DECLARATION OF ANNE KOH IN SUPPORT OF DEFENDANTS WESTERN DIGITAL CORPORATION AND SANDISK CORPORATION'S REPLY IN SUPPORT OF MOTION TO STAY
Case No. 8:25-CV-00119-MWF (DFMx)