AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Central District of California** on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV 25-119-MWF-DFM | DATE FILED<br>1/17/2025 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>IPVALUE MANAGEMENT, INC., AND LONGITUDE FLASH MEMORY SOLUTIONS LTD., | | DEFENDANT<br>WESTERN DIGITAL CORPORATION, |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,633,537 | 1/21/2014 | Longitude Flash Memory Solutions Ltd. |
| 2 | 9,929,240 | 3/27/2018 | Longitude Flash Memory Solutions Ltd. |
| 3 | 11,456,365 | 9/27/2022 | Longitude Flash Memory Solutions Ltd. |
| 4 | 6,963,505 | 11/8/2005 | Infineon Technologies AG |
| 5 | 7,671,664 | 3/10/2010 | Longitude Flash Memory Solutions Ltd. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Order |

| CLERK<br>BRIAN D. KARTH | (BY) DEPUTY CLERK<br>Ingrid Valdes | DATE<br>7/3/2025 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director  **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director  **Copy 4**—Case file copy

Print  Save As...  Reset