KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN #222476
akrishnan@keker.com
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
STEPHANIE J. GOLDBERG #328710
sgoldberg@keker.com
ERIC B. HANSON #254570
ehanson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, and SANDISK CORPORATION,<br><br>Defendants. | Case No. 8:25-cv-00119-MWF (DFMx)<br><br>**JOINT STATUS REPORT**<br><br>Date Filed:  January 22, 2025<br><br>Trial Date:  Not Yet Set |

Pursuant to the Court's Order dated July 2, 2025 directing the parties to file a joint status report to apprise the Court of the status of the declaratory judgment action (the "DJ Action") every 120 days or within ten (10) days of resolution, the parties state as follows:

The DJ Action *Sandisk Corp. v. IPValue Mgmt., Inc.*, No. 5:25-cv-02839-PCP (N.D. Cal.) remains pending.

The following deadlines and hearings are currently scheduled:

| | |
|---|---|
| Claim construction hearing | April 7, 2026 |
| Close of fact discovery | June 4, 2026 |
| Close of expert discovery | September 18, 2026 |
| Dispositive and *Daubert* motions | October 13, 2026 |
| Trial setting conference | Feb. 16, 2027 |

The parties will submit the next joint status report in 120 days (on or before February 26, 2026), or within 10 days of any resolution of the DJ Action.

Dated: October 29, 2025         KEKER, VAN NEST & PETERS LLP

By: */s/ Ryan K. Wong*
AJAY S. KRISHNAN
RYAN K. WONG
ERIN E. MEYER
STEPHANIE J. GOLDBERG
ERIC B. HANSON

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and SANDISK CORPORATION

Dated: October 29, 2025         RUSS, AUGUST & KABAT

By:   */s/ Brian D. Ledahl*
NEIL A. RUBIN
BRIAN D. LEDAHL

Attorneys for Plaintiffs
IPVALUE MANAGEMENT, INC. and
LONGITUDE FLASH MEMORY
SOLUTIONS, LTD.

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Ryan K Wong*
RYAN K. WONG