RUSS, AUGUST & KABAT
Brian D. Ledahl, SBN 186579
bledahl@raklaw.com
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
LONGITUDE LICENSING LIMITED

Additional Counsel listed on signature page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> WESTERN DIGITAL CORPORATION, and SANDISK CORPORATION, <br><br> Defendants. | **Case No 8:25-cv-00119-MWF (DFMx)** <br><br> **STIPULATION OF DISMISSAL** |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that all parties hereto dismiss their respective claims, affirmative defenses and counterclaims in this action with prejudice, each party to bear its own attorney' fees and costs.

Respectfully submitted,

DATED: January 16, 2026    **RUSS, AUGUST & KABAT**

*/s/ Brian D. Ledahl*
Brian D. Ledahl, SBN 186579
12424 Wilshire Boulevard
Twelfth Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
*Longitude Licensing, Ltd.*

DATED: January 16, 2026    **KEKER, VAN NEST & PETERS LLP**

*/s/ Erin E. Meyer*
AJAY S. KRISHNAN
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
STEPHANIE J. GOLDBERG
NATALIE R. HEIM

*Attorneys for Defendants*
*Sandisk Corporation and Western Digital Corporation.*

1

**STIPULATION OF DISMISSAL**

## SIGNATURE CERTIFICATION

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document pursuant to L.R. 5-4.3.4.

                                                                              */s/ Brian D. Ledahl*

**STIPULATION OF DISMISSAL**